| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Standish, William L | U.S. Dist Court, W. Dist of PA | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address 6170 U.S. Post Office & Cthse 700 Grant Street Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No. 15 |
| 4. Co-Trustee | Co-Trustee of Trust No. 16 |
| 5. Trustee | Western Pennsylvania School for the Deaf |
| 6. Trustee | Sewickley Valley YMCA |
| 7. Director | Pittsburgh Theological Seminary |

RECEIVED 2007 MAY 14 P 2: 11 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   `Trust #1 (1/8 Income Int) | G | Int./Div. | P2 | T | | | N | F | See Section VIII #1 |
| 2.   -Blackrock PA Muni MM Inst Cl Fd #40 | | | | | Part Sold | 12/21 | | | |
| 3.   -Allegheny Cnty PA Hosp Dev Auth Muni ..Bd | | | | | Sold | 12/21 | | | |
| 4.   -Boyertown PA Area Sch Dist Muni Bd | | | | | Sold | 12/21 | | | |
| 5.   -Clark Cnty Wash Pub Util Dist | | | | | Sold | 12/21 | | | |
| 6.   -Coatesville PA Sch Dist Muni Bd | | | | | Sold | 12/21 | | | |
| 7.   -Colorado Wtr Res & Power Dev Auth ..(Recd fr CoW,R &P) | | | | | Sold | 12/21 | | | |
| 8.   -Connecticut St Ser D MBIA | | | | | Sold | 12/21 | | | |
| 9.   -Emmaus PA Gen Auth Rev | | | | | Bot | 02/01 | | | |
| 10.   -Emmaus PA Gen Auth Rev | | | | | Sold | 12/21 | | | |
| 11.   -Fargo ND Ref & Impt Ser-AGO BEO | | | | | Sold | 12/21 | | | |
| 12.   -Hamilton Cnty OH Sewers Systems | | | | | Sold | 12/21 | | | |
| 13.   -Hays Co Tex, Co BookEntry FGIC | | | | | Sold | 12/21 | | | |
| 14.   -Illinois St Muni Bd | | | | | Sold | 12/21 | | | |
| 15.   -Indiana St Edl Facs Auth Rev | | | | | Sold | 12/21 | | | |
| 16.   -Jefferson Cnty, TX MuniBd | | | | | Sold | 12/21 | | | |
| 17.   -Jordan Utah Schl Dist Sch Bldg | | | | | Sold | 12/21 | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Kent St Univ Ohio Revs Filtr-Gen | | | | | Bot | 01/31 | | | |
| 19.   -Kent St Univ Ohio Revs Filtr-Gen | | | | | Sold | 12/21 | | | |
| 20.   -Lake Cnty Ill Cmnty Cons Sch Dist | | | | | Sold | 12/21 | | | |
| 21.   -Manitowoc Cnty, WI Muni Bd | | | | | Sold | 12/21 | | | |
| 22.   -Maricopa Cnty, AZ Uni Sch District | | | | | Sold | 12/21 | | | |
| 23.   -Mass StVar Ref Sera | | | | | Bot | 01/31 | | | |
| 24.   -Mass StVar Ref Sera | | | | | Sold | 12/21 | | | |
| 25.   -Metro Cnty Minn St-Paul Sewr | | | | | Sold | 12/21 | | | |
| 26.   -New York St Twy Auth Hwy & Bridge | | | | | Sold | 12/21 | | | |
| 27.   -New York St Urban Dev Corp | | | | | Sold | 12/21 | | | |
| 28.   -Novi Mich Comnty Dch Dist Bldg & Site | | | | | Sold | 12/21 | | | |
| 29.   -PA St Tpk Commisson Oil Franchise | | | | | Sold | 12/21 | | | |
| 30.   -Phila PA Ind Dev Auth Muni Bd | | | | | Sold | 12/21 | | | |
| 31.   -Ridley PA Sch Dist Muni Bd | | | | | Sold | 12/21 | | | |
| 32.   -Snohomish Cnty Wash Pub Urtil | | | | | Bot | 01/31 | | | |
|       -Snohomish Cnty Wash Pub Unit | | | | | Sold | 12/21 | | | |
|       -Victoria Tx, GO FGIC BEO | | | | | Sold | 12/21 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Washington St Muni Bd | | | | | Sold | 12/21 | | | |
| 36. -Abbott Laboratories Inc | | | | | Part Sold | 12/21 | | | |
| 37. -Air Products & Chemicals | | | | | | | | | |
| 38. -Altria Group Inc | | | | | Part Sold | 12/21 | | | |
| 39. -American Express Co | | | | | Part Sold | 12/21 | | | |
| 40. -Automatic Data Processing | | | | | Part Sold | 12/21 | | | |
| 41. -BP PLC Spons ADR | | | | | Part Sold | 12/21 | | | |
| 42. -Bank of America Corp | | | | | Part Sold | 01/17 | | | |
| 43. -Bank of America (recd fr MBNA merger) | | | | | Received | 02/15 | | | |
| 44. -Bank of America Corp | | | | | Part Sold | 12/21 | | | |
| 45. -Bristol Myers Squibb Co | | | | | Part Sold | 12/21 | | | |
| 46. -Caterpillar Inc | | | | | Part Sold | 12/21 | | | |
| 47. -Cisco Systems Inc | | | | | Part Sold | 12/21 | | | |
| 48. -Citigroup Inc | | | | | Part Sold | 12/21 | | | |
| 49. -Coca Cola Co | | | | | Part Sold | 12/21 | | | |
| 50. -Dell Inc | | | | | Sold | 10/18 | | | |
| 51. -Dominion Resources Inc | | | | | Part Sold | 12/21 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Emerson Electric Co | | | | | Part Sold | 12/21 | | | |
| 53. -Exxon Mobil Corp | | | | | Part Sold | 01/24 | | | |
| 54. -Exxon Mobil Corp | | | | | Part Sold | 11/14 | | | |
| 55. -Exxon Mobil Corp | | | | | Part Sold | 12/21 | | | |
| 56. -First Data Corp (Spinoff of Western Union) | | | | | Spinoff | 10/02 | | | |
| 57. -First Data Corp | | | | | Sold | 10/18 | | | |
| 58. -Fortune Brands Inc | | | | | Part Sold | 12/21 | | | |
| 59. -General Electric Co | | | | | Part Sold | 12/21 | | | |
| 60. -H J Heinz Co | | | | | Part Sold | 12/21 | | | |
| 61. -Home Depot Inc | | | | | Part Sold | 12/21 | | | |
| 62. -Idearc Inc (recd fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 63. -Illinois Tool Works Inc | | | | | Part Sold | 12/21 | | | |
| 64. -Ingersoll Rand | | | | | | | | | |
| 65. -Intel Corp | | | | | | | | | |
| 66. -Intel Corp | | | | | Bot | 10/13 | | | |
| 67. -Intel Corp | | | | | Part Sold | 12/21 | | | |
| 68. -Int'l Business Machines Corp | | | | | Sold | 10/13 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -MBNA Corp | | | | | | | | | |
| 70.  -MBNA (Merged into Bank of America) | | | | | Merged | 02/15 | | | |
| 71.  -McGraw Hill Cos Inc | | | | | Part Sold | 12/21 | | | |
| 72.  -Merck & Co | | | | | | | | | |
| 73.  -Microsoft Corp | | | | | | | | | |
| 74.  -JP Morgan Chase & Co | | | | | Part Sold | 12/21 | | | |
| 75.  -Nokia Corp | | | | | | | | | |
| 76.  -Nokia Corp | | | | | Bot | 10/13 | | | |
| 77.  -Nokia Corp | | | | | Part Sold | 12/21 | | | |
| 78.  -Old Republic Int'l Corp | | | | | Part Sold | 12/21 | | | |
| 79.  -Oracle Corp | | | | | Part Sold | 12/21 | | | |
| 80.  -Pfizer Inc | | | | | Part Sold | 12/21 | | | |
| 81.  -Safeco Corp | | | | | Part Sold | 12/21 | | | |
| 82.  -Southern Co | | | | | Part Sold | 12/21 | | | |
| 83.  -3M Co | | | | | Part Sold | 12/21 | | | |
| 84.  -Texas Instruments Inc | | | | | | | | | |
| 85.  -Texas Instruments Inc | | | | | Bot | 10/13 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U=Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Texas Instruments Inc | | | | | Part Sold | 12/21 | | | |
| 87. -United Technologies Corp | | | | | Part Sold | 12/21 | | | |
| 88. -Verizon Comm Inc (spinoff Idearc Inc) | | | | | Spinoff | 11/20 | | | |
| 89. -Walgreen Co | | | | | Part Sold | 12/21 | | | |
| 90. -Wells Fargo & Co New | | | | | Bot | 10/13 | | | |
| 91. --Wells Fargo & Co New | | | | | Part Sold | 12/21 | | | |
| 92. -Western Union (recd fr First Data spinoff) | | | | | Received | 10/02 | | | |
| 93. -Wyeth | | | | | | | | | |
| 94. -Zimmer Holdings Inc | | | | | Part Sold | 12/21 | | | |
| 95. Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 96. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 97. -Bucks County PA Muni Bd | | | | | | | | | |
| 98. -Fleetwood PA Area School | | | | | | | | | |
| 99. -Pennsylvania St Univ Ser B Muni Bd | | | | | Matured | 08/15 | | | |
| 100. -Phila PA Sch Muni Bd | | | | | | | | | |
| 101. -Abbott Laboratories | | | | | | | | | |
| 102. -Abbott Laboratories | | | | | Bot | 01/10 | | | |

| 1. Income Gain Codes: | A =$1,000or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Abbott Laboratories | | | | | Part Sold | 01/11 | | | |
| 104. -Abbott Laboratories | | | | | Bot | 03/07 | | | |
| 105. -Abbott Laboratories | | | | | Bot | 06/07 | | | |
| 106. -Abercrombie & Fitch Co Cl A | | | | | Bot | 05/25 | | | |
| 107. -Abercrombie & Fitch Co Cl A | | | | | Bot | 06/07 | | | |
| 108. -Abercrombie & Fitch Co Cl A | | | | | Part Sold | 10/13 | | | |
| 109. -Allergan Inc | | | | | Bot | 07/11 | | | |
| 110. -Alltell Corp | | | | | Part Sold | 01/10 | | | |
| 111. -Alltell Corp | | | | | Bot | 03/07 | | | |
| 112. -Altell Corp (Spinoff of Windstream Corp) | | | | | Spinoff | 07/18 | | | |
| 113. -Altria Group Inc | | | | | | | | | |
| 114. -Altria Group Inc | | | | | Bot | 01/10 | | | |
| 115. -Altria Group Inc | | | | | Sold | 02/14 | | | |
| 116. -Amdocs Ltd | | | | | Part Sold | 01/10 | | | |
| 117. -Amdocs Ltd | | | | | Part Sold | 02/14 | | | |
| 118. -Amdocs Ltd | | | | | Bot | 03/07 | | | |
| 119. -American Express Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -American Express Co | | | | | Bot | 03/07 | | | |
| 121. -American International Group | | | | | Part Sold | 01/10 | | | |
| 122. -American International Group | | | | | Bot | 03/07 | | | |
| 123. -Amerada Hess Corp | | | | | Part Sold | 01/10 | | | |
| 124. -Amerada Hess Corp | | | | | Bot | 03/07 | | | |
| 125. -Amerada Hess Corp | | | | | Part Sold | 05/05 | | | |
| 126. -Amerada Hess (Name chg to Hess Corp) | | | | | Delivered | 05/10 | | | |
| 127. -Amerprise Fin Inc | | | | | Sold | 01/10 | | | |
| 128. -Amgen Inc | | | | | Part Sold | 01/10 | | | |
| 129. -Amgen Inc | | | | | Bot | 03/07 | | | |
| 130. -Apache Corp | | | | | | | | | |
| 131. -Apache Corp | | | | | Bot | 03/07 | | | |
| 132. -Apple Computer Inc | | | | | Bot | 01/11 | | | |
| 133. -Apple Computer Inc | | | | | Bot | 02/14 | | | |
| 134. -Apple Computer Inc | | | | | Bot | 03/07 | | | |
| 135. -Apple Computer Inc | | | | | Bot | 06/07 | | | |
| 136. -Apple Computer Inc | | | | | Bot | 07/27 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NÓNE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -AT&T Inc | | | | | Sold | 02/28 | | | |
| 138. -Avon Products Inc | | | | | Bot | 04/06 | | | |
| 139. -Avon Products Inc | | | | | Bot | 06/07 | | | |
| 140. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/06 | | | |
| 141. -Bank of America Corp | | | | | Part Sold | 01/10 | | | |
| 142. -Bank of America Corp | | | | | Bot | 03/07 | | | |
| 143. -Bank of America Corp | | | | | Bot | 05/08 | | | |
| 144. -Bank of America Corp | | | | | Bot | 06/07 | | | |
| 145. -Bank of America Corp | | | | | Bot | 07/11 | | | |
| 146. -Bed Bath & Beyond | | | | | Bot | 01/10 | | | |
| 147. -Bed Bath & Beyond | | | | | Part Sold | 02/14 | | | |
| 148. -Bed Bath & Beyond | | | | | Bot | 03/07 | | | |
| 149. -Bed Bath & Beyond | | | | | Sold | 05/02 | | | |
| 150. -Boston Scientific Corp | | | | | Sold | 07/12 | | | |
| 151. -Capital One Financial Corp | | | | | | | | | |
| 152. -Capital One Financial Corp | | | | | Bot | 01/10 | | | |
| 153. -Capital One Financial Corp | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2001 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Caterpillar Inc | | | | | Part Sold | 01/10 | | | |
| 155. -Caterpillar Inc | | | | | Part Sold | 02/14 | | | |
| 156. -Caterpillar Inc | | | | | Bot | 03/07 | | | |
| 157. -Chicos Fas Inc | | | | | Part Sold | 01/10 | | | |
| 158. -Chicos Fax Inc | | | | | Bot | 01/11 | | | |
| 159. -Chicos Fas Inc | | | | | Bot | 03/07 | | | |
| 160. -Chicos Fas Inc | | | | | Bot | 05/26 | | | |
| 161. -Chicos Fas Inc | | | | | Bot | 06/07 | | | |
| 162. -Chicos Fas Inc | | | | | Sold | 12/22 | | | |
| 163. -Cisco Systems Inc | | | | | Part Sold | 01/10 | | | |
| 164. -Cisco Systems Inc | | | | | Bot | 02/14 | | | |
| 165. -Cisco Systems Inc | | | | | Bot | 03/07 | | | |
| 166. -Cisco Systems Inc | | | | | Bot | 04/05 | | | |
| 167. -Cisco Systems Inc | | | | | Bot | 06/07 | | | |
| 168. -Circuit City Stores Inc | | | | | Bot | 05/15 | | | |
| 169. -Circuit City Stores Inc | | | | | Bot | 06/07 | | | |
| 170. -Circuit City Stores Inc | | | | | Sold | 12/22 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Citigroup Inc | | | | | Part Sold | 02/28 | | | |
| 172. -Coca Cola Co | | | | | | | | | |
| 173. -Coca Cola Co | | | | | Bot | 03/07 | | | |
| 174. -Companhia Vale Do Rio Doce | | | | | Bot | 05/15 | | | |
| 175. -Companhia Vale Do Rio Doce | | | | | Bot | 06/07 | | | |
| 176. -Concophillips | | | | | | | | | |
| 177. -Concophillips | | | | | Bot | 03/07 | | | |
| 178. -Concophillips | | | | | Part Sold | 03/22 | | | |
| 179. -Concophillips | | | | | Bot | 06/07 | | | |
| 180. -Corning Inc | | | | | Part Sold | 01/10 | | | |
| 181. -Corning Inc | | | | | Bot | 03/07 | | | |
| 182. -Corning Inc | | | | | Bot | 04/05 | | | |
| 183. -Corning Inc | | | | | Bot | 06/07 | | | |
| 184. -Corning Inc | | | | | Sold | 12/22 | | | |
| 185. -Danaher Corp | | | | | Part Sold | 01/10 | | | |
| 186. -Danaher Corp | | | | | Bot | 03/07 | | | |
| 187. -Danaher Corp | | | | | Part Sold | 09/29 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. -Danaher Corp | | | | | Part Sold | 10/02 | | | |
| 189. -Dell Inc | | | | | | | | | |
| 190. -Dell Inc | | | | | Bot | 01/10 | | | |
| 191. -Dell Inc | | | | | Bot | 03/07 | | | |
| 192. -Dell Inc | | | | | Bot | 06/07 | | | |
| 193. -Dell Inc | | | | | Sold | 07/27 | | | |
| 194. -Walt Disney Co | | | | | Sold | 02/24 | | | |
| 195. -EMC Corp Mass | | | | | Sold | 01/10 | | | |
| 196. -Ebay Inc | | | | | Part Sold | 01/10 | | | |
| 197. -Ebay Inc | | | | | Bot | 03/07 | | | |
| 198. -Ebay Inc | | | | | Sold | 07/11 | | | |
| 199. -Electronic Arts Inc | | | | | | | | | |
| 200. -Electronic Arts Inc | | | | | Bot | 03/07 | | | |
| 201. -Electronic Arts Inc | | | | | Sold | 07/10 | | | |
| 202. -Exelon Corp | | | | | Part Sold | 01/10 | | | |
| 203. -Exelon Corp | | | | | Bot | 03/07 | | | |
| 204. -Exelon Corp | | | | | Part Sold | 03/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset - exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Exelon Corp | | | | | Part Sold | 04/25 | | | |
| 206. -Exelon Corp | | | | | Bot | 06/07 | | | |
| 207. -Exxon Mobil Corp | | | | | Part Sold | 02/28 | | | |
| 208. -Federated Department Stores | | | | | Bot | 01/31 | | | |
| 209. -Federated Department Stores | | | | | Bot | 02/14 | | | |
| 210. -Federated Department Stores | | | | | Bot | 03/07 | | | |
| 211. -Fisher Scientific Intl Inc | | | | | | | | | |
| 212. -Fisher Scientific Intl Inc | | | | | Bot | 03/07 | | | |
| 213. -Fisher Scientific Intl Inc | | | | | Sold | 03/29 | | | |
| 214. -Freeport-Mcm Copr Gold Cl B | | | | | Part Sold | 01/10 | | | |
| 215. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 03/07 | | | |
| 216. -General Electric Co | | | | | Part Sold | 02/25 | | | |
| 217. -Genentech Inc | | | | | Bot | 07/11 | | | |
| 218. -Genzyme Corp | | | | | Part Sold | 01/10 | | | |
| 219. -Genzyme Corp | | | | | Bot | 03/07 | | | |
| 220. -Genzyme Corp | | | | | Sold | 05/15 | | | |
| 221. -Goldman Sachs Group Inc | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Goldman Sachs Group Inc | | | | | Bot | 03/07 | | | |
| 223. -Goldman Sachs Group Inc | | | | | Part Sold | 05/05 | | | |
| 224. -Goldman Sachs Group Inc | | | | | Bot | 06/07 | | | |
| 225. -Goldman Sachs Group Inc | | | | | Part Sold | 09/29 | | | |
| 226. -Google Inc | | | | | Bot | 07/10 | | | |
| 227. -Google Inc | | | | | Bot | 09/18 | | | |
| 228. -Hartfield Financial Svcs Group Inc | | | | | Bot | 01/10 | | | |
| 229. -Hartfield Financial Svcs Group Inc | | | | | Bot | 03/07 | | | |
| 230. -Hartfield Financial Svcs Group Inc | | | | | Bot | 06/07 | | | |
| 231. -Hess Corp (recd fr Amerada Hess Name ..chg) | | | | | Received | 05/15 | | | |
| 232. -Hess Corp | | | | | Bot | 06/07 | | | |
| 233. -Hess Corp | | | | | Part Sold | 09/19 | | | |
| 234. -Hilton Hotels Corp | | | | | Bot | 04/25 | | | |
| 235. -Hilton Hotels Corp | | | | | Bot | 06/07 | | | |
| 236. -Honeywell Int'l Inc | | | | | Part Sold | 01/10 | | | |
| 237. -Honeywell Int'l Inc | | | | | Bot | 03/07 | | | |
| 238. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/29 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Inco Ltd | | | | | Part Sold | 01/10 | | | |
| 240. -Inco Ltd | | | | | Bot | 03/07 | | | |
| 241. -Inco Ltd | | | | | Sold | 05/15 | | | |
| 242. -Ingersoll-Rand Co Cl A | | | | | Part Sold | 01/10 | | | |
| 243. -Ingersoll-Rand Co Cl A | | | | | Bot | 03/07 | | | |
| 244. -Ingersoll-Rand Co Cl A | | | | | Sold | 09/29 | | | |
| 245. -Intel Corp | | | | | Part Sold | 01/10 | | | |
| 246. -Intel Corp | | | | | Bot | 03/07 | | | |
| 247. -Intel Corp | | | | | Part Sold | 03/22 | | | |
| 248. -Intel Corp | | | | | Sold | 04/05 | | | |
| 249. -Johnson & Johnson | | | | | Sold | 02/28 | | | |
| 250. -Kimberly Clark Corp | | | | | Part Sold | 02/28 | | | |
| 251. -Kimberly Clark Corp | | | | | Sold | 03/07 | | | |
| 252. -Legg Mason Inc | | | | | Bot | 10/02 | | | |
| 253. -Lehman Bros Hldgs Inc | | | | | Part Sold | 01/10 | | | |
| 254. -Lehman Bros Hldgs Inc | | | | | Bot | 03/07 | | | |
| 255. -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/05 | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2) Q =Appraisal  V =Other  S =Assessment  T =Cash Market
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Lehman Bros Hldgs Inc | | | | | Bot | 06/07 | | | |
| 257. -Lilly Eli & Co | | | | | Bot | 02/10 | | | |
| 258. -Lilly Eli & Co | | | | | Bot | 03/07 | | | |
| 259. -Lilly Eli & Co | | | | | Part Sold | 04/06 | | | |
| 260. -Lilly Eli & Co | | | | | Bot | 06/07 | | | |
| 261. -Lowes Cos | | | | | Part Sold | 01/10 | | | |
| 262. -Lowes Cos | | | | | Bot | 03/07 | | | |
| 263. -Lowes Cos | | | | | Sold | 05/26 | | | |
| 264. -Marvell Tech Group | | | | | | | | | |
| 265. -Marvell Tech Group | | | | | Bot | 03/07 | | | |
| 266. -Marvell Tech Group | | | | | Bot | 06/07 | | | |
| 267. -Marvell Tech Group | | | | | Sold | 12/22 | | | |
| 268. -Maxim Integraded Products Inc | | | | | Bot | 01/10 | | | |
| 269. -Maxim Integrated Products Inc | | | | | Bot | 03/07 | | | |
| 270. -Maxim Integrated Products Inc | | | | | Sold | 07/12 | | | |
| 271. -MBNA (Merged into Bank of America) | | | | | Merged | 01/06 | | | |
| 272. -McGraw Hill Cos Inc | | | | | Sold | 01/18 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Medtronic Inc | | | | | Part Sold | 01/10 | | | |
| 274. -Medtronic Inc | | | | | Bot | 03/07 | | | |
| 275. -Medtronic Inc | | | | | Part Sold | 03/22 | | | |
| 276. -Medtronic Inc | | | | | Bot | 06/07 | | | |
| 277. -Memc Electric Mtls Inc | | | | | Bot | 09/20 | | | |
| 278. -Microchip Tech Inc | | | | | Bot | 07/13 | | | |
| 279. -Microsoft Corp | | | | | Part Sold | 01/10 | | | |
| 280. -Microsoft Corp | | | | | Bot | 03/07 | | | |
| 281. -Microsoft Corp | | | | | Part Sold | 04/05 | | | |
| 282. -Microsoft Corp | | | | | Bot | 06/07 | | | |
| 283. -Microsoft Corp | | | | | Part Sold | 09/18 | | | |
| 284. -JP Morgan Chase & Co | | | | | Part Sold | 01/10 | | | |
| 285. -JP Morgan Chase & Co | | | | | Bot | 03/07 | | | |
| 286. -JP Morgan Chase & Co | | | | | Bot | 06/07 | | | |
| 287. -Motorola Inc | | | | | | | | | |
| 288. -Motorola Inc | | | | | Bot | 01/11 | | | |
| 289. -Motorola Inc | | | | | Bot | 02/14 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Motorola Inc | | | | | Bot | 03/07 | | | |
| 291. -News Corp Inc | | | | | Bot | 01/10 | | | |
| 292. -News Corp Inc | | | | | Bot | 03/07 | | | |
| 293. -News Corp Inc | | | | | Bot | 06/07 | | | |
| 294. -Nike Inc Cl B | | | | | Bot | 01/18 | | | |
| 295. -Nike Inc Cl B | | | | | Bot | 03/07 | | | |
| 296. -Nike Inc Cl B | | | | | Bot | 06/07 | | | |
| 297. -Noble Corp | | | | | Part Sold | 01/10 | | | |
| 298. -Noble Corp | | | | | Bot | 03/07 | | | |
| 299. -Noble Corp | | | | | Part Sold | 09/20 | | | |
| 300. -Pepsico Inc | | | | | Part Sold | 01/10 | | | |
| 301. -Pepsico Inc | | | | | Bot | 03/07 | | | |
| 302. -Pfizer Inc | | | | | Bot | 01/10 | | | |
| 303. -Pfizer Inc | | | | | Bot | 03/07 | | | |
| 304. -Pfizer Inc | | | | | Bot | 06/07 | | | |
| 305. -PPL Corp | | | | | | | | | |
| 306. -PPL Corp | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -PPL Corp | | | | | Sold | 04/25 | | | |
| 308. -Praxair Inc | | | | | Part Sold | 01/10 | | | |
| 309. -Praxir Inc | | | | | Bot | 03/07 | | | |
| 310. -Praxair Inc | | | | | Bot | 03/17 | | | |
| 311. -Procter & Gamble Co | | | | | Part Sold | 01/10 | | | |
| 312. -Procter & Gamble Co | | | | | Bot | 02/14 | | | |
| 313. -Procter & Gamble Co | | | | | Bot | 03/07 | | | |
| 314. -Procter & Gamble Co | | | | | Bot | 06/07 | | | |
| 315. -Qualcomm Inc | | | | | Part Sold | 01/10 | | | |
| 316. -Qualcomm Inc | | | | | Bot | 03/07 | | | |
| 317. -Qualcomm Inc | | | | | Bot | 06/07 | | | |
| 318. -Sanofi Synthelab Spon Adr | | | | | | | | | |
| 319. -Sanofi Synthelab Spon Adr | | | | | Bot | 01/18 | | | |
| 320. -Sanofi Synthelab Spon Adr | | | | | Bot | 03/07 | | | |
| 321. -Sara Lee Corp | | | | | Sold | 02/28 | | | |
| 322. -Spdr Trust Series I | | | | | Sold | 01/10 | | | |
| 323. -Sprint Nextel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Sprint Nextel Corp | | | | | Bot | 01/10 | | | |
| 325. -Sprint Nextel Corp | | | | | Sold | 01/18 | | | |
| 326. -Starbucks Corp | | | | | Part Sold | 01/10 | | | |
| 327. -Starbucks Corp | | | | | Bot | 03/07 | | | |
| 328. -Starbucks Corp | | | | | Part Sold | 05/02 | | | |
| 329. -Starbucks Corp | | | | | Bot | 06/07 | | | |
| 330. -State Street Corp | | | | | Part Sold | 01/10 | | | |
| 331. -State Street Corp | | | | | Bot | 03/07 | | | |
| 332. -State Street Corp | | | | | Bot | 05/15 | | | |
| 333. -3M Co | | | | | Bot | 09/29 | | | |
| 334. -3M Co | | | | | Bot | 10/02 | | | |
| 335. -Target Corp | | | | | Bot | 05/15 | | | |
| 336. -Target Corp | | | | | Bot | 06/07 | | | |
| 337. -Texas Instruments | | | | | Bot | 09/20 | | | |
| 338. -Textron Inc | | | | | Bot | 03/22 | | | |
| 339. -Textron Inc | | | | | Bot | 06/07 | | | |
| 340. -The St Paul Travelers Cos | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes. (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -The St Paul Travelers Cos | | | | | Bot | 03/07 | | | |
| 342. -Time Warner Inc | | | | | Part Sold | 01/10 | | | |
| 343. -Time Warner Inc | | | | | Bot | 03/07 | | | |
| 344. -Time Warner Inc | | | | | Sold | 04/27 | | | |
| 345. -TXU Corp | | | | | Bot | 04/26 | | | |
| 346. -TXU Corp | | | | | Bot | 06/07 | | | |
| 347. -Unitedhealth Group Inc | | | | | Part Sold | 01/10 | | | |
| 348. -Unitedhealth Group Inc | | | | | Bot | 03/07 | | | |
| 349. -Unitedhealth Group Inc | | | | | Bot | 06/07 | | | |
| 350. -United Technologies Corp | | | | | | | | | |
| 351. -United Technologies Corp | | | | | Bot | 01/10 | | | |
| 352. -United Technologies Corp | | | | | Bot | 03/07 | | | |
| 353. -U S Bancorp Del | | | | | Part Sold | 01/10 | | | |
| 354. -U S Bancorp Del | | | | | Bot | 03/07 | | | |
| 355. -U S Bancorp Del | | | | | Bot | 06/07 | | | |
| 356. -Verizon Communications | | | | | Bot | 01/18 | | | |
| 357. -Verizon Communications | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/29 | | | |
| 359. -Walgreen Co | | | | | Part Sold | 01/10 | | | |
| 360. -Walgreen Co | | | | | Bot | 03/07 | | | |
| 361. -Wal-Mart Stores Inc | | | | | Part Sold | 01/10 | | | |
| 362. -Wal-Mart Stores Inc | | | | | Bot | 02/14 | | | |
| 363. -Wal-Mart Stores Inc | | | | | Bot | 03/07 | | | |
| 364. -Wal-Mart Stores Inc | | | | | Bot | 06/07 | | | |
| 365. -Wells Fargo & Co New | | | | | Part Sold | 01/10 | | | |
| 366. -Wells Fargo & Co New | | | | | Bot | 03/07 | | | |
| 367. -Windstream Corp (Recd fr Alltel spinoff) | | | | | Received | 07/18 | | | |
| 368. -Windstream Corp | | | | | Part Sold | 09/20 | | | |
| 369. -Windstream Corp | | | | | Sold | 10/20 | | | |
| 370. -Wyeth | | | | | | | | | |
| 371. -Yahoo Inc | | | | | Bot | 01/10 | | | |
| 372. -Yahoo Inc | | | | | Bot | 03/07 | | | |
| 373. -Yahoo Inc | | | | | Sold | 07/10 | | | |
| 374. -Dreyfus Basic S&P 500 Stk Index | | | | | Bot | 12/29 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 02/24 | | | |
| 376. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/26 | | | |
| 377. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 06/02 | | | |
| 378. -Mellon Int'l Fund Cl M | | | | | Part Sold | 02/24 | | | |
| 379. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 380. -Mellon Mid-Cap Stock Fund Cl M | | | | | Part Sold | 02/24 | | | |
| 381. -Mellon Mid-Cap Stock Fund Cl M | | | | | Bot | 12/08 | | | |
| 382. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 01/05 | | | |
| 383. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 02/24 | | | |
| 384. -Mellon Natl Interm Muni Bc Fd Cl M | | | | | Bot | 08/16 | | | |
| 385. -Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 386. -Mellon Optima L/S Strategy Fd | | | | | Bot | 03/22 | | | |
| 387. -Mellon Small Cap Stock Fd Cl M | | | | | Part Sold | 02/24 | | | |
| 388. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 12/07 | | | |
| 389. Trust #3 (1/6 Income Int) | E | Div & Int | P1 | T | | | N | G | See Section VIII #1 |
| 390. -Mellon Nat'l Muni MM Fund | | | | | MonMkt Inv | | | | |
| 391. -Abbott Laboratories | | | | | Part Sold | 01/10 | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100.001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Abbott Laboratories | | | | | Bot | 02/24 | | | |
| 393. -Abbott Laboratories | | | | | Bot | 03/22 | | | |
| 394. -Abercrombie & Fitch Co | | | | | Bot | 05/25 | | | |
| 395. -Abercrombie & Fitch Co | | | | | Bot | 06/07 | | | |
| 396. -Abercrombie & Fitch Co | | | | | Part Sold | 10/16 | | | |
| 397. -Allergan Inc | | | | | Bot | 07/11 | | | |
| 398. -Alltel Corp | | | | | | | | | |
| 399. -Alltel Corp | | | | | Bot | 02/24 | | | |
| 400. -Alltel Corp (Spinoff of Windstream) | | | | | Spinoff | 07/18 | | | |
| 401. -Altria Group Inc | | | | | | | | | |
| 402. -Altria Group Inc | | | | | Bot | 01/10 | | | |
| 403. -Altria Group Inc | | | | | Sold | 02/14 | | | |
| 404. -Amdocs Ltd | | | | | Bot | 01/10 | | | |
| 405. -Amdocs Ltd | | | | | Part Sold | 02/14 | | | |
| 406. -Amdocs Ltd | | | | | Bot | 02/24 | | | |
| 407. -Amdocs Ltd | | | | | Bot | 06/07 | | | |
| 408. -American Express Co | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -American Express Co | | | | | Bot | 02/24 | | | |
| 410.  -American Int'l Group | | | | | | | | | |
| 411.  -American Int'l Group | | | | | Bot | 01/10 | | | |
| 412.  -American Int'l Group | | | | | Bot | 02/24 | | | |
| 413.  -American Int'l Group | | | | | Bot | 06/07 | | | |
| 414.  -Amerada Hess Corp | | | | | | | | | |
| 415.  -Amerada Hess Corp | | | | | Bot | 02/24 | | | |
| 416.  -Amerada Hess Corp | | | | | Part Sold | 05/05 | | | |
| 417.  -Amerada Hess (Name chg to Hess Corp) | | | | | Name Changed | 05/10 | | | |
| 418.  -Amgen Inc | | | | | Part Sold | 01/10 | | | |
| 419.  -Amgen Inc | | | | | Bot | 02/24 | | | |
| 420.  -Amgen Inc | | | | | Bot | 06/07 | | | |
| 421.  -Apache Corp | | | | | | | | | |
| 422.  -Apache Corp | | | | | Bot | 02/24 | | | |
| 423.  -Apache Corp | | | | | Bot | 06/07 | | | |
| 424.  -Apple Computer Inc | | | | | Bot | 01/11 | | | |
| 425.  -Apple Computer Inc | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =52,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  -AT&T Inc | | | | | Sold | 02/24 | | | |
| 427.  -Avon Products Inc | | | | | Bot | 04/05 | | | |
| 428.  -Avon Products Inc | | | | | Bot | 06/07 | | | |
| 429.  -Bank of America (recd fr MBNA merger) | | | | | Received | 01/06 | | | |
| 430.  -Bank of America Corp | | | | | Part Sold | 01/10 | | | |
| 431.  -Bank of America Corp | | | | | Bot | 02/24 | | | |
| 432.  -Bank of America Corp | | | | | Bot | 05/05 | | | |
| 433.  -Bank of America Corp | | | | | Bot | 06/07 | | | |
| 434.  -Bank of America Corp | | | | | Bot | 07/11 | | | |
| 435.  -Bed Bath & Beyond Inc | | | | | Bot | 01/10 | | | |
| 436.  -Bed Bath & Beyond Inc | | | | | Part Sold | 02/14 | | | |
| 437.  -Bed Bath & Beyond Inc | | | | | Bot | 02/24 | | | |
| 438.  -Bed Bath & Beyond Inc | | | | | Sold | 06/02 | | | |
| 439.  -BP PLC Spons ADR | | | | | Sold | 02/24 | | | |
| 440.  -Boston Scientific Corp | | | | | Bot | 03/22 | | | |
| 441.  -Boston Scientific Corp | | | | | Bot | 06/07 | | | |
| 442.  -Boston Scientific Corp | | | | | Sold | 07/12 | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2001 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -Capital One Financial Corp | | | | | | | | | |
| 444. -Capital One Financial Corp | | | | | Bot | 01/10 | | | |
| 445. -Capital One Financial Corp | | | | | Bot | 02/24 | | | |
| 446. -Caterpillar Inc | | | | | Part Sold | 01/10 | | | |
| 447. -Caterpillar Inc | | | | | Part Sold | 02/14 | | | |
| 448. -Caterpillar Inc | | | | | Bot | 02/24 | | | |
| 449. -Circuit City Stores Inc | | | | | Bot | 05/15 | | | |
| 450. -Circuit City Stores Inc | | | | | Bot | 06/07 | | | |
| 451. -Circuit City Stores Inc | | | | | Sold | 12/22 | | | |
| 452. -Chicos Fas Inc | | | | | | | | | |
| 453. -Chicos Fas Inc | | | | | Bot | 01/10 | | | |
| 454. -Chicos Fas Inc | | | | | Bot | 02/24 | | | |
| 455. -Chicos Fas Inc | | | | | Bot | 05/26 | | | |
| 456. -Chicos Fas Inc | | | | | Bot | 06/07 | | | |
| 457. -Chicos Fas Inc | | | | | Sold | 12/22 | | | |
| 458. -Cisco Sys Inc | | | | | | | | | |
| 459. -Cisco Sys Inc | | | | | Bot | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  -Cisco Sys Inc | | | | | Bot | 02/24 | | | |
| 461.  -Cisco Sys Inc | | | | | Bot | 04/05 | | | |
| 462.  -Cisco Sys Inc | | | | | Bot | 06/07 | | | |
| 463.  -Citigroup Inc | | | | | | | | | |
| 464.  -Citigroup Inc | | | | | Bot | 01/10 | | | |
| 465.  -Citigroup Inc | | | | | Bot | 02/24 | | | |
| 466.  -Citigroup Inc | | | | | Bot | 06/07 | | | |
| 467.  -Coca Cola Co | | | | | | | | | |
| 468.  -Coca Cola Co | | | | | Bot | 01/10 | | | |
| 469.  -Coca Cola Co | | | | | Bot | 02/24 | | | |
| 470.  -Companhia Vale Do Rio Doce | | | | | Bot | 05/15 | | | |
| 471.  -Concophillips | | | | | Part Sold | 01/10 | | | |
| 472.  -Concophillips | | | | | Bot | 02/24 | | | |
| 473.  -Concophillips | | | | | Part Sold | 03/22 | | | |
| 474.  -Concophillips | | | | | Bot | 06/07 | | | |
| 475.  -Corning Inc | | | | | | | | | |
| 476.  -Corning Inc | | | | | Bot | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  -Corning Inc | | | | | Bot | 02/24 | | | |
| 478.  -Corning Inc | | | | | Bot | 04/05 | | | |
| 479.  -Corning Inc | | | | | Bot | 06/07 | | | |
| 480.  -Corning Inc | | | | | Sold | 12/22 | | | |
| 481.  -Danaher Corp | | | | | | | | | |
| 482.  -Danaher Corp | | | | | Bot | 01/10 | | | |
| 483.  -Danaher Corp | | | | | Bot | 02/24 | | | |
| 484.  -Danaher Corp | | | | | Part Sold | 09/29 | | | |
| 485.  -Danaher Corp | | | | | Part Sold | 10/02 | | | |
| 486.  -Dell Inc | | | | | Part Sold | 01/10 | | | |
| 487.  -Dell Inc | | | | | Bot | 02/24 | | | |
| 488.  -Dell Inc | | | | | Bot | 06/07 | | | |
| 489.  -Dell Inc | | | | | Sold | 07/27 | | | |
| 490.  -Walt Disney Co | | | | | Sold | 02/24 | | | |
| 491.  -Ebay Inc | | | | | Part Sold | 01/10 | | | |
| 492.  -Ebay Inc | | | | | Bot | 02/24 | | | |
| 493.  -Ebay Inc | | | | | Bot | 06/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Ebay Inc | | | | | Sold | 07/12 | | | |
| 495. -Electronic Arts Inc | | | | | | | | | |
| 496. -Electronic Arts Inc | | | | | Bot | 02/24 | | | |
| 497. -Electronic Arts Inc | | | | | Sold | 07/12 | | | |
| 498. -EMC Corp Mass | | | | | Sold | 01/10 | | | |
| 499. -Exelon Corp | | | | | Part Sold | 01/10 | | | |
| 500. -Exelon Corp | | | | | Bot | 02/24 | | | |
| 501. -Exelon Corp | | | | | Part Sold | 03/22 | | | |
| 502. -Exelon Corp | | | | | Part Sold | 04/25 | | | |
| 503. -Exelon Corp | | | | | Bot | 06/07 | | | |
| 504. -Exxon Mobil Corp | | | | | Bot | 06/07 | | | |
| 505. -Federated Department Stores | | | | | Bot | 01/31 | | | |
| 506. -Federated Department Stores | | | | | Bot | 02/24 | | | |
| 507. -Fisher Scientific Int'l Inc | | | | | | | | | |
| 508. -Fisher Scientific Int'l Inc | | | | | Bot | 02/24 | | | |
| 509. -Fisher Scientific Int'l Inc | | | | | Sold | 03/22 | | | |
| 510. -Freeport-McM Copper Gold | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Freeport-McM Copper Gold | | | | | Bot | 02/24 | | | |
| 512. -Freeport-McM Copper Gold | | | | | Bot | 06/07 | | | |
| 513. -General Electric Co | | | | | Part Sold | 02/24 | | | |
| 514. -General Electric Co | | | | | Bot | 06/07 | | | |
| 515. -Genetech Inc | | | | | Bot | 07/12 | | | |
| 516. -Genzyme Corp | | | | | | | | | |
| 517. -Genzyme Corp | | | | | Bot | 02/24 | | | |
| 518. -Genzyme Corp | | | | | Sold | 05/15 | | | |
| 519. -Goldman Sachs Group Inc | | | | | Part Sold | 01/10 | | | |
| 520. -Goldman Sachs Group Inc | | | | | Bot | 02/24 | | | |
| 521. -Goldman Sachs Group Inc | | | | | Part Sold | 05/05 | | | |
| 522. -Goldman Sachs Group Inc | | | | | Bot | 06/07 | | | |
| 523. -Goldman Sachs Group Inc | | | | | Part Sold | 09/29 | | | |
| 524. -Google Inc | | | | | Bot | 07/12 | | | |
| 525. -Google Inc | | | | | Bot | 09/18 | | | |
| 526. -Hartford Financial Services | | | | | Bot | 01/10 | | | |
| 527. -Hartford Financial Services | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Hess (Recd fr Amerada Hess name chg) | | | | | Received | 05/10 | | | |
| 529. -Hess Corp | | | | | Part Sold | 06/07 | | | |
| 530. -Hess Corp | | | | | Part Sold | 09/18 | | | |
| 531. -Hilton Hotels Corp | | | | | Bot | 04/25 | | | |
| 532. -Hilton Hotels Corp | | | | | Bot | 06/07 | | | |
| 533. -Honeywell Int'l Inc | | | | | Part Sold | 01/10 | | | |
| 534. -Honeywell Int'l Inc | | | | | Bot | 02/24 | | | |
| 535. -Honeywell Int'l Inc | | | | | Bot | 06/07 | | | |
| 536. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/29 | | | |
| 537. -Inco Ltd | | | | | | | | | |
| 538. -Inco Ltd | | | | | Bot | 02/24 | | | |
| 539. -Inco Ltd | | | | | Sold | 05/12 | | | |
| 540. -Ingersoll-Rand Co Cl A | | | | | Part Sold | 01/10 | | | |
| 541. -Ingersoll-Rand Co Cl A | | | | | Bot | 02/24 | | | |
| 542. -Ingersoll-Rand Co Cl A | | | | | Bot | 06/07 | | | |
| 543. -Ingersoll-Rand Co Cl A | | | | | Sold | 09/29 | | | |
| 544. -Intel Corp | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Intel Corp | | | | | Bot | 02/24 | | | |
| 546. -Intel Corp | | | | | Part Sold | 03/22 | | | |
| 547. -Intel Corp | | | | | Sold | 04/05 | | | |
| 548. -Legg Mason | | | | | Bot | 10/16 | | | |
| 549. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 550. -Lehman Bros Hldgs Inc | | | | | Bot | 02/24 | | | |
| 551. -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/05 | | | |
| 552. -Lehman Bros Hldgs Inc | | | | | Bot | 06/07 | | | |
| 553. -Lilly Eli & Co | | | | | Bot | 01/10 | | | |
| 554. -Lilly Eli & Co | | | | | Bot | 02/24 | | | |
| 555. -Lilly Eli & Co | | | | | Part Sold | 04/06 | | | |
| 556. -Lowes Cos Inc | | | | | | | | | |
| 557. -Lowes Cos Inc | | | | | Bot | 01/10 | | | |
| 558. -Lowes Cos Inc | | | | | Bot | 02/24 | | | |
| 559. -Lowes Cos Inc | | | | | Sold | 05/26 | | | |
| 560. -Marvell Tech Group Ltd | | | | | | | | | |
| 561. -Marvell Tech Group Ltd | | | | | Bot | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Marvell Tech Group Ltd | | | | | Bot | 02/24 | | | |
| 563. -Marvell Tech Group Ltd | | | | | Bot | 03/22 | | | |
| 564. -Marvell Tech Group Ltd | | | | | Sold | 12/22 | | | |
| 565. -Maxim Integrated Products Inc | | | | | Bot | 01/10 | | | |
| 566. -Maxim Intergrated Products Inc | | | | | Part Sold | 07/27 | | | |
| 567. -Maxim Integrated Products Inc | | | | | Bot | 02/24 | | | |
| 568. -Maxim Integrated Products Inc | | | | | Bot | 06/07 | | | |
| 569. -Maxim Integrated Products Inc | | | | | Sold | 07/12 | | | |
| 570. -MBNA (Merged into Bank of America) | | | | | Merged | 01/06 | | | |
| 571. -McGraw Hill Cos Inc | | | | | Sold | 01/10 | | | |
| 572. -Medtronic Inc | | | | | Part Sold | 01/10 | | | |
| 573. -Medtronic Inc | | | | | Bot | 02/24 | | | |
| 574. -Medtronic Inc | | | | | Part Sold | 03/22 | | | |
| 575. -Medtronic Inc | | | | | Bot | 06/07 | | | |
| 576. -Meme Electric Mtls Inc | | | | | Bot | 09/21 | | | |
| 577. -Microchip Technology Inc | | | | | Bot | 07/12 | | | |
| 578. -Microsoft Corp | | | | | Part Sold | 01/10 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Microsoft Corp | | | | | Bot | 02/24 | | | |
| 580.  -Microsoft Corp | | | | | Part Sold | 04/05 | | | |
| 581.  -Microsoft Corp | | | | | Bot | 06/07 | | | |
| 582.  -Microsoft Corp | | | | | Part Sold | 09/18 | | | |
| 583.  -JP Morgan Chase & Co | | | | | Part Sold | 01/10 | | | |
| 584.  -JP Morgan Chase & Co | | | | | Bot | 02/24 | | | |
| 585.  -JP Morgan Chase & Co | | | | | Bot | 06/07 | | | |
| 586.  -Motorola Inc | | | | | | | | | |
| 587.  -Motorola Inc | | | | | Bot | 01/10 | | | |
| 588.  -Motorola Inc | | | | | Bot | 02/24 | | | |
| 589.  -Motorola Inc | | | | | Bot | 06/07 | | | |
| 590.  -News Corp Inc | | | | | Bot | 01/10 | | | |
| 591.  -News Corp Inc | | | | | Bot | 02/24 | | | |
| 592.  -News Corp Inc | | | | | Bot | 06/07 | | | |
| 593.  -Nike Inc Cl B | | | | | | | | | |
| 594.  -Nike Inc Cl B | | | | | Bot | 01/10 | | | |
| 595.  -Nike Inc Cl B | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Noble Corp | | | | | Part Sold | 01/10 | | | |
| 597. -Noble Corp | | | | | Bot | 02/24 | | | |
| 598. -Noble Corp | | | | | Part Sold | 09/21 | | | |
| 599. -Pepsico Inc | | | | | Part Sold | 02/24 | | | |
| 600. -Pepsico Inc | | | | | Bot | 06/07 | | | |
| 601. -Pfizer Inc | | | | | Bot | 01/10 | | | |
| 602. -Pfizer Inc | | | | | Bot | 02/24 | | | |
| 603. -Pfizer Inc | | | | | Bot | 06/07 | | | |
| 604. -PPL Corp | | | | | | | | | |
| 605. -PPL Corp | | | | | Bot | 01/10 | | | |
| 606. -PPL Corp | | | | | Bot | 02/24 | | | |
| 607. -PPL Corp | | | | | Sold | 04/25 | | | |
| 608. -Praxir Inc | | | | | Part Sold | 01/10 | | | |
| 609. -Praxir Inc | | | | | Bot | 02/24 | | | |
| 610. -Praxir Inc | | | | | Bot | 06/07 | | | |
| 611. -Procter & Gamble Co | | | | | Part Sold | 01/10 | | | |
| 612. -Procter & Gamble Co | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Procter & Gamble Co | | | | | Bot | 06/07 | | | |
| 614. -Qualcomm Inc | | | | | Part Sold | 01/10 | | | |
| 615. -Qualcomm Inc | | | | | Bot | 02/24 | | | |
| 616. -Qualcomm Inc | | | | | Bot | 06/07 | | | |
| 617. -Royal Dutch Shell | | | | | Sold | 02/24 | | | |
| 618. -Sanofi-Synthelabo Spon Adr | | | | | | | | | |
| 619. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 01/08 | | | |
| 620. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 02/24 | | | |
| 621. -Spdr Trust Series 1 | | | | | Sold | 01/10 | | | |
| 622. -Sprint Nextel Corp | | | | | | | | | |
| 623. -Sprint Nextel Corp | | | | | Bot | 01/10 | | | |
| 624. -Spint Nextel Corp | | | | | Sold | 01/18 | | | |
| 625. -Starbucks Corp | | | | | | | | | |
| 626. -Starbucks Corp | | | | | Bot | 01/10 | | | |
| 627. -Starbucks Corp | | | | | Bot | 02/24 | | | |
| 628. -Starbucks Corp | | | | | Part Sold | 05/02 | | | |
| 629. -Starbucks Corp | | | | | Bot | 06/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -State Street Corp | | | | | Part Sold | 01/10 | | | |
| 631. -State Street Corp | | | | | Bot | 02/24 | | | |
| 632. -St Paul Travelers Cos Inc | | | | | Part Sold | 01/10 | | | |
| 633. -St Paul Travelers Cos Inc | | | | | Bot | 02/24 | | | |
| 634. -St Paul Travelers Cos Inc | | | | | Bot | 06/07 | | | |
| 635. -3M | | | | | Bot | 09/29 | | | |
| 636. -3M | | | | | Bot | 10/02 | | | |
| 637. -Target Corp | | | | | Bot | 05/15 | | | |
| 638. -Target Corp | | | | | Bot | 06/07 | | | |
| 639. -Texas Instruments | | | | | Bot | 09/20 | | | |
| 640. -Textron Inc | | | | | Bot | 03/28 | | | |
| 641. -Time Warner Inc | | | | | Part Sold | 01/10 | | | |
| 642. -Time Warner Inc | | | | | Bot | 02/24 | | | |
| 643. -Time Warner Inc | | | | | Sold | 04/25 | | | |
| 644. -TXU Corp | | | | | Bot | 04/26 | | | |
| 645. -Unitedhealth Group Inc | | | | | Part Sold | 01/10 | | | |
| 646. -Unitedhealth Group Inc | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Unitedhealth Group Inc | | | | | Bot | 06/07 | | | |
| 648. -United Technologies Corp | | | | | | | | | |
| 649. -United Technologies Corp | | | | | Bot | 01/10 | | | |
| 650. -United Technologies Corp | | | | | Bot | 02/24 | | | |
| 651. -US Bancorp Del | | | | | Part Sold | 01/10 | | | |
| 652. -US Bancorp Del | | | | | Bot | 02/24 | | | |
| 653. -US Bancorp Del | | | | | Bot | 06/07 | | | |
| 654. -Verizon Communications | | | | | Bot | 01/18 | | | |
| 655. -Verizon Communications | | | | | Bot | 02/24 | | | |
| 656. -Verizon Communications | | | | | Bot | 06/07 | | | |
| 657. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/29 | | | |
| 658. -Walgreen Co | | | | | | | | | |
| 659. -Walgreen Co | | | | | Bot | 01/10 | | | |
| 660. -Walgreen Co | | | | | Bot | 02/24 | | | |
| 661. -Walgreen Co | | | | | Bot | 06/07 | | | |
| 662. -Wal-Mart Stores Inc | | | | | Part Sold | 01/10 | | | |
| 663. -Wal-Mart Stores Inc | | | | | Bot | 02/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | | | | | | (3) | (4) | | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | (A-H) | or int.) | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

U =Book Value                    W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/26 | | | |
| 682. -Mellon Int'l Fund Cl M | | | | | Part Sold | 02/22 | | | |
| 683. -Mellon Int'l Fund Cl M | | | | | Bot | 06/02 | | | |
| 684. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 685. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 686. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 02/22 | | | |
| 687. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 688. -Mellon Optima L/S Strategy Fd LLC | | | | | Bot | 02/24 | | | |
| 689. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 02/22 | | | |
| 690. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/07 | | | |
| 691. Trust #4 (1/6 Income Int) | G | Div & Int | P1 | T | | | O | G | See Section VIII #1 |
| 692. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 693. -AT&T Inc | | | | | Part Sold | 03/01 | | | |
| 694. -Abbott Laboratories | | | | | Bot | 01/10 | | | |
| 695. -Abbott Laboratories | | | | | Part Sold | 01/11 | | | |
| 696. -Abbott Laboratories | | | | | Bot | 03/22 | | | |
| 697. -Abbott Laboratories | | | | | Bot | 05/03 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Abbott Laboratories | | | | | Bot | 06/07 | | | |
| 699. -Abercrombie & Fitch Inc | | | | | Bot | 05/25 | | | |
| 700. -Abercrombie & Fitch Inc | | | | | Bot | 06/07 | | | |
| 701. -Abercrombie & Fitch Inc | | | | | Part Sold | 10/13 | | | |
| 702. -Allergan Inc | | | | | Bot | 07/11 | | | |
| 703. -Alltel Corp | | | | | Part Sold | 01/10 | | | |
| 704. -Alltel Corp | | | | | Bot | 03/07 | | | |
| 705. -Alltell Corp | | | | | Bot | 06/07 | | | |
| 706. -Alltel Corp (Spinoff of Windstream Corp) | | | | | Spinoff | 07/18 | | | |
| 707. -Altria Group Inc | | | | | Part Sold | 01/10 | | | |
| 708. -Altria Group Inc | | | | | Sold | 02/14 | | | |
| 709. -Amdocs Ltd | | | | | Bot | 01/10 | | | |
| 710. -Amdocs Ltd | | | | | Part Sold | 02/14 | | | |
| 711. -Amdocs Ltd | | | | | Bot | 03/07 | | | |
| 712. -Amdocs Ltd | | | | | Part Sold | 05/03 | | | |
| 713. -Amdocs Ltd | | | | | Bot | 06/07 | | | |
| 714. -American Express Co | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -American Express Co | | | | | Bot | 03/07 | | | |
| 716. -American Express Co | | | | | Bot | 06/07 | | | |
| 717. -American Int'l Group Inc | | | | | | | | | |
| 718. -American Int'l Group Inc | | | | | Bot | 03/07 | | | |
| 719. -American Int'l Group Inc | | | | | Bot | 06/07 | | | |
| 720. -Amerada Hess Corp | | | | | Bot | 02/07 | | | |
| 721. -Amerada Hess Corp | | | | | Part Sold | 05/05 | | | |
| 722. -Amerada Hess (Name chg to Hess Corp) | | | | | Name Changed | 05/10 | | | |
| 723. -Amgen Inc | | | | | Part Sold | 01/10 | | | |
| 724. -Amgen Inc | | | | | Bot | 03/07 | | | |
| 725. -Amgen Inc | | | | | Part Sold | 05/03 | | | |
| 726. -Amgen Inc | | | | | Bot | 06/07 | | | |
| 727. -Apache Corp | | | | | Part Sold | 01/10 | | | |
| 728. -Apache Corp | | | | | Bot | 03/07 | | | |
| 729. -Apache Corp | | | | | Bot | 06/07 | | | |
| 730. -Apple Computer Inc | | | | | Bot | 01/11 | | | |
| 731. -Apple Computer Inc | | | | | Bot | 02/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Apple Computer Inc | | | | | Bot | 03/07 | | | |
| 733. -Apple Computer Inc | | | | | Bot | 06/07 | | | |
| 734. -Apple Computer Inc | | | | | Bot | 07/27 | | | |
| 735. -Avon Producte Inc | | | | | Bot | 04/05 | | | |
| 736. -Avon Products Inc | | | | | Bot | 05/05 | | | |
| 737. -Avon Products Inc | | | | | Bot | 06/07 | | | |
| 738. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/06 | | | |
| 739. -Bank of America Corp | | | | | Part Sold | 01/10 | | | |
| 740. -Bank of America Corp | | | | | Bot | 03/07 | | | |
| 741. -Bank of America Corp | | | | | Part Sold | 05/03 | | | |
| 742. -Bank of America Corp | | | | | Bot | 05/05 | | | |
| 743. -Bank of America Corp | | | | | Bot | 06/07 | | | |
| 744. -Bank of America Corp | | | | | Part Sold | 07/11 | | | |
| 745. -BP PLC Spons ADR | | | | | Sold | 03/01 | | | |
| 746. -Boston Scientific Corp | | | | | Bot | 03/22 | | | |
| 747. -Boston Scientific Corp | | | | | Bot | 05/03 | | | |
| 748. -Boston Scientific Corp | | | | | Bot | 06/07 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749.  -Boston Scientific Corp | | | | | Sold | 07/12 | | | |
| 750.  -Capital One Financial Corp | | | | | | | | | |
| 751.  -Capital One Financial Corp | | | | | Bot | 03/07 | | | |
| 752.  -Capital One Financial Corp | | | | | Bot | 06/07 | | | |
| 753.  -Caterpillar Inc | | | | | Part Sold | 01/10 | | | |
| 754.  -Caterpillar Inc | | | | | Part Sold | 02/14 | | | |
| 755.  -Caterpillar Inc | | | | | Bot | 03/07 | | | |
| 756.  -Caterpillar Inc | | | | | Bot | 06/07 | | | |
| 757.  -Chicos Fas Inc | | | | | | | | | |
| 758.  -Chicos Fas Inc | | | | | Bot | 01/11 | | | |
| 759.  -Chicos Fas Inc | | | | | Bot | 03/07 | | | |
| 760.  -Chicos Fas Inc | | | | | Part Sold | 05/03 | | | |
| 761.  -Chicos Fas Inc | | | | | Bot | 05/25 | | | |
| 762.  -Chicos Fas Inc | | | | | Bot | 06/07 | | | |
| 763.  -Chicos Fas Inc | | | | | Sold | 12/22 | | | |
| 764.  -Circuit City | | | | | Bot | 05/15 | | | |
| 765.  -Circuit City | | | | | Bot | 06/07 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Circuit City | | | | | Sold | 12/22 | | | |
| 767. -Cisco Sys Inc | | | | | Part Sold | 01/10 | | | |
| 768. -Cisco Sys Inc | | | | | Bot | 02/14 | | | |
| 769. -Cisco Sys Inc | | | | | Bot | 03/07 | | | |
| 770. -Cisco Sys Inc | | | | | Bot | 04/05 | | | |
| 771. -Cisco Sys Inc | | | | | Bot | 05/03 | | | |
| 772. -Cisco Sys Inc | | | | | Bot | 06/07 | | | |
| 773. -Citigroup Inc | | | | | | | | | |
| 774. -Citigroup Inc | | | | | Bot | 03/07 | | | |
| 775. -Citigroup Inc | | | | | Bot | 06/07 | | | |
| 776. -Coca Cola Co | | | | | Part Sold | 01/10 | | | |
| 777. -Coca Cola Co | | | | | Bot | 03/07 | | | |
| 778. -Coca Cola Co | | | | | Bot | 06/07 | | | |
| 779. -Companhia Vale Do Rio Doce | | | | | Bot | 05/12 | | | |
| 780. -Concophillips | | | | | Part Sold | 01/10 | | | |
| 781. -Concophillips | | | | | Bot | 03/07 | | | |
| 782. -Concophillips | | | | | Part Sold | 03/22 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  -Concophillips | | | | | Bot | 05/03 | | | |
| 784.  -Concophillips | | | | | Bot | 06/07 | | | |
| 785.  -Corning Inc | | | | | | | | | |
| 786.  -Corning Inc | | | | | Bot | 03/07 | | | |
| 787.  -Corning Inc | | | | | Bot | 04/05 | | | |
| 788.  -Corning Inc | | | | | Bot | 05/03 | | | |
| 789.  -Corning Inc | | | | | Bot | 06/07 | | | |
| 790.  -Corning Inc | | | | | Sold | 12/22 | | | |
| 791.  -Danaher Corp | | | | | | | | | |
| 792.  -Danaher Corp | | | | | Bot | 03/07 | | | |
| 793.  -Danaher Corp | | | | | Bot | 06/07 | | | |
| 794.  -Danaher Corp | | | | | Part sold | 09/29 | | | |
| 795.  -Dell Inc | | | | | Part Sold | 01/10 | | | |
| 796.  -Dell Inc | | | | | Bot | 03/07 | | | |
| 797.  -Dell Inc | | | | | Bot | 06/07 | | | |
| 798.  -Dell Inc | | | | | Sold | 07/27 | | | |
| 799.  -Ebay Inc | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Ebay Inc | | | | | Bot | 03/07 | | | |
| 801. -Ebay Inc | | | | | Bot | 06/07 | | | |
| 802. -Ebay Inc | | | | | Sold | 07/11 | | | |
| 803. -Electronic Arts Inc | | | | | | | | | |
| 804. -Electronic Arts Inc | | | | | Bot | 03/07 | | | |
| 805. -Electronic Arts Inc | | | | | Bot | 06/07 | | | |
| 806. -Electronic Arts Inc | | | | | Sold | 07/12 | | | |
| 807. -EMC Corp Mass | | | | | Sold | 01/10 | | | |
| 808. -Exelon Corp | | | | | Part Sold | 01/10 | | | |
| 809. -Exelon Corp | | | | | Bot | 03/07 | | | |
| 810. -Exelon Corp | | | | | Part Sold | 03/22 | | | |
| 811. -Exelon Corp | | | | | Part Sold | 05/03 | | | |
| 812. -Exelon Corp | | | | | Part Sold | 06/07 | | | |
| 813. -Exxon Mobil Corp | | | | | Part Sold | 01/10 | | | |
| 814. -Federated Dept Stores Inc | | | | | Bot | 01/31 | | | |
| 815. -Federated Dept Stores Inc | | | | | Bot | 02/14 | | | |
| 816. -Federated Dept Stores Inc | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. -Federated Dept Stores Inc | | | | | Bot | 06/07 | | | |
| 818. -Fisher Scientific Int'l Inc | | | | | Part Sold | 01/10 | | | |
| 819. -Fisher Scientific Int'l Inc | | | | | Bot | 03/07 | | | |
| 820. -Fisher Scientific Int'l Inc | | | | | Sold | 03/29 | | | |
| 821. -Freeport-Mcm Copr Gold Cl B | | | | | Part Sold | 01/10 | | | |
| 822. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 03/07 | | | |
| 823. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 06/07 | | | |
| 824. -General Electric Co | | | | | Part Sold | 01/10 | | | |
| 825. -Genetech Inc | | | | | Bot | 07/12 | | | |
| 826. -Genzyme Corp | | | | | | | | | |
| 827. -Genzyme Corp | | | | | Bot | 03/07 | | | |
| 828. -Genzyme Corp | | | | | Sold | 05/15 | | | |
| 829. -Goldman Sachs Group Inc | | | | | Part Sold | 01/10 | | | |
| 830. -Goldman Sachs Group Inc | | | | | Bot | 03/07 | | | |
| 831. -Goldman Sachs Group Inc | | | | | Part Sold | 05/05 | | | |
| 832. -Goldman Sachs Group Inc | | | | | Bot | 06/07 | | | |
| 833. -Goldman Sachs Group Inc | | | | | Part Sold | 09/29 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Google Inc | | | | | Bot | 07/10 | | | |
| 835. -Google Inc | | | | | Bot | 09/15 | | | |
| 836. -Hartford Finl Svcs Group Ltd Inc | | | | | Bot | 01/10 | | | |
| 837. -Hartford Finl Svcs Group Ltd Inc | | | | | Bot | 03/07 | | | |
| 838. -Hartford Finl Svcs Group Ltd Inc | | | | | Bot | 06/07 | | | |
| 839. -Hess Corp (Name chg fr Amerada Hess) | | | | | Received | 05/05 | | | |
| 840. -Hess Corp | | | | | Bot | 06/07 | | | |
| 841. -Hess Corp | | | | | Part Sold | 09/19 | | | |
| 842. -Hilton Hotels Corp | | | | | Bot | 05/03 | | | |
| 843. -Hilton Hotels Corp | | | | | Bot | 06/07 | | | |
| 844. -Honeywell Int'l Inc | | | | | Part Sold | 01/10 | | | |
| 845. -Honeywell Int'l Inc | | | | | Bot | 03/07 | | | |
| 846. -Honeywell Int'l Inc | | | | | Part Sold | 05/03 | | | |
| 847. -Honeywell Int'l Inc | | | | | Bot | 06/07 | | | |
| 848. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/28 | | | |
| 849. -Idearc Inc | | | | | Part Sold | 12/22 | | | |
| 850. -Inco Ltd | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -Inco Ltd | | | | | Bot | 03/07 | | | |
| 852.  -Inco Ltd | | | | | Sold | 05/15 | | | |
| 853.  -Ingersoll-Rand Co Cl A | | | | | Part Sold | 01/10 | | | |
| 854.  -Ingersoll-Rand Co Cl A | | | | | Bot | 03/07 | | | |
| 855.  -Ingersoll-Rand Co Cl A | | | | | Bot | 06/07 | | | |
| 856.  -Ingersoll-Rand Co Cl A | | | | | Sold | 09/29 | | | |
| 857.  -Intel Corp | | | | | Part Sold | 01/10 | | | |
| 858.  -Intel Corp | | | | | Bot | 03/07 | | | |
| 859.  -Intel Corp | | | | | Sold | 04/05 | | | |
| 860.  -JP Morgan Chase & Co | | | | | Part Sold | 01/10 | | | |
| 861.  -JP Morgan Chase & Co | | | | | Bot | 03/07 | | | |
| 862.  -JP Morgan Chase & Co | | | | | Part Sold | 05/03 | | | |
| 863.  -JP Morgan Chase & Co | | | | | Bot | 06/07 | | | |
| 864.  -Legg Mason Inc | | | | | Bot | 10/16 | | | |
| 865.  -Lehman Bros Hldgs Inc | | | | | | | | | |
| 866.  -Lehman Bros Hldgs Inc | | | | | Bot | 03/07 | | | |
| 867.  -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/05 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Lehman Bros Hldgs Inc | | | | | Bot | 06/07 | | | |
| 869. -Lilly Eli & Co | | | | | Bot | 01/10 | | | |
| 870. -Lilly Eli & Co | | | | | Bot | 03/07 | | | |
| 871. -Lilly Eli & Co | | | | | Bot | 04/06 | | | |
| 872. -Lilly Eli & Co | | | | | Bot | 05/03 | | | |
| 873. -Lilly Eli & Co | | | | | Bot | 06/07 | | | |
| 874. -Lowes Cos Inc | | | | | Part Sold | 01/10 | | | |
| 875. -Lowes Cos Inc | | | | | Bot | 03/07 | | | |
| 876. -Lowes Cos Inc | | | | | Part Sold | 05/03 | | | |
| 877. -Lowes Cos Inc | | | | | Sold | 05/26 | | | |
| 878. -MBNA (Merged into Bank of America) | | | | | Merged | 01/06 | | | |
| 879. -Marvell Tech Group Ltd | | | | | Part Sold | 01/10 | | | |
| 880. -Marvell Tech Group Ltd | | | | | Bot | 03/22 | | | |
| 881. -Marvell Tech Group Ltd | | | | | Sold | 12/22 | | | |
| 882. -Maxim Integrated Prods Inc | | | | | | | | | |
| 883. -Maxim Integrated Prods Inc | | | | | Bot | 01/10 | | | |
| 884. -Maxim Integrated Prods Inc | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Maxim Integrated Prods Inc | | | | | Part Sold | 05/03 | | | |
| 886. -Maxim Integrated Prods Inc | | | | | Bot | 06/07 | | | |
| 887. -Maxim Integrated Prods Inc | | | | | Sold | 07/12 | | | |
| 888. -McGraw Hill Cos Inc | | | | | Sold | 01/10 | | | |
| 889. -Medtronic Inc | | | | | Part Sold | 01/10 | | | |
| 890. -Medtronic Inc | | | | | Bot | 03/07 | | | |
| 891. -Medtronic Inc | | | | | Part Sold | 03/22 | | | |
| 892. -Medtronic Inc | | | | | Bot | 05/03 | | | |
| 893. -Medtronic Inc | | | | | Bot | 06/07 | | | |
| 894. -Memc Electronic Mtls Inc | | | | | Bot | 09/21 | | | |
| 895. -Merck & Co | | | | | Sold | 03/01 | | | |
| 896. -Microchip Technology Inc | | | | | Bot | 07/13 | | | |
| 897. -Microsoft Corp | | | | | Part Sold | 01/10 | | | |
| 898. -Microsoft Corp | | | | | Bot | 03/07 | | | |
| 899. -Microsoft Corp | | | | | Part Sold | 04/05 | | | |
| 900. -Microsoft Corp | | | | | Bot | 05/03 | | | |
| 901. -Microsoft Corp | | | | | Bot | 06/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Microsoft Corp | | | | | Part Sold | 09/18 | | | |
| 903. -Motorola Inc | | | | | Part Sold | 01/10 | | | |
| 904. -Motorola Inc | | | | | Bot | 01/11 | | | |
| 905. -Motorola Inc | | | | | Bot | 02/14 | | | |
| 906. -Motorola Inc | | | | | Bot | 03/07 | | | |
| 907. -Motorola Inc | | | | | Bot | 06/07 | | | |
| 908. -News Corp Inc | | | | | | | | | |
| 909. -News Corp Inc | | | | | Bot | 01/10 | | | |
| 910. -News Corp Inc | | | | | Bot | 03/07 | | | |
| 911. -News Corp Inc | | | | | Part Sold | 05/03 | | | |
| 912. -News Corp Inc | | | | | Bot | 06/07 | | | |
| 913. -Nike Inc Cl B | | | | | Part Sold | 01/10 | | | |
| 914. -Nike Inc Cl B | | | | | Bot | 01/18 | | | |
| 915. -Nike Inc Cl B | | | | | Bot | 03/07 | | | |
| 916. -Nike Inc Cl B | | | | | Bot | 06/07 | | | |
| 917. -Noble Corp | | | | | Sold | 01/10 | | | |
| 918. -Noble Corp | | | | | Bot | 03/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  -Noble Corp | | | | | Part Sold | 09/20 | | | |
| 920.  -PPL Corp | | | | | | | | | |
| 921.  -PPL Corp | | | | | Bot | 01/10 | | | |
| 922.  -PPL Corp | | | | | Sold | 05/03 | | | |
| 923.  -Pepsico Inc | | | | | Part Sold | 01/10 | | | |
| 924.  -Pepsico Inc | | | | | Part Sold | 03/01 | | | |
| 925.  -Pfizer Inc | | | | | Bot | 01/10 | | | |
| 926.  -Pfizer Inc | | | | | Bot | 03/07 | | | |
| 927.  -Pfizer Inc | | | | | Part Sold | 05/03 | | | |
| 928.  -Pfizer Inc | | | | | Bot | 06/07 | | | |
| 929.  -Pitney Bowes Inc | | | | | Sold | 03/01 | | | |
| 930.  -Praxair Inc | | | | | Part Sold | 01/10 | | | |
| 931.  -Praxair Inc | | | | | Bot | 03/07 | | | |
| 932.  -Praxair Inc | | | | | Bot | 05/03 | | | |
| 933.  -Praxair Inc | | | | | Bot | 06/07 | | | |
| 934.  -Procter & Gamble Co | | | | | Part Sold | 01/10 | | | |
| 935.  -Procter & Gamble Co | | | | | Bot | 02/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -Procter & Gamble Co | | | | | Bot | 03/07 | | | |
| 937. -Procter & Gamble Co | | | | | Bot | 06/07 | | | |
| 938. -Qualcomm Inc | | | | | Part Sold | 01/10 | | | |
| 939. -Qualcomm Inc | | | | | Bot | 03/07 | | | |
| 940. -Qualcomm Inc | | | | | Part Sold | 05/03 | | | |
| 941. -Qualcomm Inc | | | | | Bot | 06/07 | | | |
| 942. -Sanofi-Synthelabo Spon Adr | | | | | | | | | |
| 943. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 01/18 | | | |
| 944. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 03/07 | | | |
| 945. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 06/07 | | | |
| 946. -Sara Lee Corp | | | | | Sold | 03/01 | | | |
| 947. -Spdr Trust Series 1 | | | | | Sold | 01/10 | | | |
| 948. -Sprint Nextel Corp | | | | | Sold | 01/10 | | | |
| 949. -Starbucks Corp | | | | | Part Sold | 01/10 | | | |
| 950. -Starbucks Corp | | | | | Bot | 03/07 | | | |
| 951. -Starbucks Corp | | | | | Part Sold | 05/01 | | | |
| 952. -Starbucks Corp | | | | | Bot | 05/03 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.  -Starbucks Corp | | | | | Bot | 06/07 | | | |
| 954.  -State Street Corp | | | | | Part Sold | 01/10 | | | |
| 955.  -State Street Corp | | | | | Bot | 03/07 | | | |
| 956.  -State Street Corp | | | | | Bot | 06/07 | | | |
| 957.  -St Paul Travelers Cos Inc | | | | | Part Sold | 01/10 | | | |
| 958.  -St Paul Travelers Cos Inc | | | | | Bot | 03/07 | | | |
| 959.  -St Paul Travelers Cos Inc | | | | | Bot | 06/07 | | | |
| 960.  -Target Corp | | | | | Bot | 05/15 | | | |
| 961.  -Target Corp | | | | | Bot | 06/07 | | | |
| 962.  -Texas Instruments Inc | | | | | Bot | 09/20 | | | |
| 963.  -Textron Inc | | | | | Bot | 03/22 | | | |
| 964.  -Textron Inc | | | | | Bot | 05/03 | | | |
| 965.  -Textron Inc | | | | | Bot | 06/07 | | | |
| 966.  -3M Company | | | | | Sold | 03/01 | | | |
| 967.  -3M Company | | | | | Bot | 09/29 | | | |
| 968.  -3M Company | | | | | Bot | 10/02 | | | |
| 969.  -Time Warner Inc | | | | | Part Sold | 01/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970.  -Time Warner Inc | | | | | Bot | 03/07 | | | |
| 971.  -Time Warner Inc | | | | | Sold | 05/03 | | | |
| 972.  -TXU Corp | | | | | Bot | 05/03 | | | |
| 973.  -TXU Corp | | | | | Bot | 06/07 | | | |
| 974.  -Unitedhealth Group Inc | | | | | Part Sold | 01/10 | | | |
| 975.  -Unitedhealth Group Inc | | | | | Bot | 03/07 | | | |
| 976.  -Unitedhealth Group Inc | | | | | Part Sold | 05/03 | | | |
| 977.  -Unitedhealth Group Inc | | | | | Bot | 06/07 | | | |
| 978.  -United Tech Corp | | | | | | | | | |
| 979.  -United Tech Corp | | | | | Bot | 03/07 | | | |
| 980.  -United Tech Corp | | | | | Bot | 06/07 | | | |
| 981.  -US Bancorp Del | | | | | Part Sold | 01/10 | | | |
| 982.  -US Bancorp Del | | | | | Bot | 03/07 | | | |
| 983.  -US Bancorp Del | | | | | Bot | 06/07 | | | |
| 984.  -Verizon Comm Inc | | | | | | | | | |
| 985.  -Verizon Comm Inc | | | | | Bot | 01/18 | | | |
| 986.  -Verizon (Spinoff of Idearc) | | | | | Spinoff | 12/22 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -Walgreen Co | | | | | | | | | |
| 988. -Walgreen Co | | | | | Bot | 03/07 | | | |
| 989. -Walgreen Co | | | | | Part Sold | 05/03 | | | |
| 990. -Walgreen Co | | | | | Bot | 06/07 | | | |
| 991. -Wal-Mart Stores | | | | | Part Sold | 01/10 | | | |
| 992. -Wal-Mart Stores | | | | | Bot | 02/14 | | | |
| 993. -Wells Fargo & Co New | | | | | Part Sold | 01/10 | | | |
| 994. -Wells Fargo & Co New | | | | | Bot | 03/07 | | | |
| 995. -Wells Fargo & Co New | | | | | Bot | 06/07 | | | |
| 996. -Windstream (recd fr Altell Spinoff) | | | | | Received | 07/18 | | | |
| 997. -Windstream | | | | | Part Sold | 09/20 | | | |
| 998. -Windstream | | | | | Sold | 10/20 | | | |
| 999. -Wyeth | | | | | Part Sold | 01/10 | | | |
| 1000. -Yahoo Inc | | | | | | | | | |
| 1001. -Yahoo Inc | | | | | Bot | 01/11 | | | |
| 1002. -Yahoo Inc | | | | | Bot | 03/07 | | | |
| 1003. -Yahoo Inc | | | | | Bot | 06/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Yahoo Inc | | | | | Sold | 07/10 | | | |
| 1005. -Dreyfus Basic S&P stk Index | | | | | Bot | 12/29 | | | |
| 1006. -Dreyfus Mid Cap Index Fund | | | | | Part Sold | 02/27 | | | |
| 1007. -Dreyfus Mid Cap Index Fund | | | | | Bot | 12/28 | | | |
| 1008. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 02/27 | | | |
| 1009. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 06/02 | | | |
| 1010. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/26 | | | |
| 1011. -Mellon Int'l Fund Cl M | | | | | Part Sold | 02/27 | | | |
| 1012. -Mellon Int'l Fund Cl M | | | | | Bot | 06/02 | | | |
| 1013. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 1014. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 1015. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 02/27 | | | |
| 1016. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 1017. -Mellon Optima L/S Strategy Fd LLC | | | | | Bot | 03/31 | | | |
| 1018. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 02/27 | | | |
| 1019. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/07 | | | |
| 1020. Custody Acct #1 (100% Interest) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -Abbott Laboratories | F | Dividend | O | T | | | | | |
| 1022. -Agilent Tech Inc | | None | M | T | | | | | |
| 1023. -Agilent (spinoff of Verigy) | | | | | Spinoff | 11/02 | J | | |
| 1024. -Alltel Corp | D | Dividend | M | T | | | | | |
| 1025. -Alltel (spinoff of Windstream) | | | | | Spinoff | 07/18 | J | | |
| 1026. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 1027. -American Express | B | Dividend | M | T | | | | | |
| 1028. -Amgen Inc | | None | M | T | | | | | |
| 1029. -Automatic Data Processing | C | Dividend | M | T | | | | | |
| 1030. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 1031. -Bank of America | D | Dividend | M | T | | | | | |
| 1032. -Buckeye Partners LP Unit Ltd | | None | M | T | | | | | |
| 1033. -Donnelley RR & Sons Co | D | Dividend | M | T | | | | | |
| 1034. -Emerson Electric Co | C | Dividend | M | T | | | | | |
| 1035. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1036. -General Electric Co | E | Dividend | O | T | | | | | |
| 1037. -H J Heinz Co | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 1039. -JP Morgan Chase | D | Dividend | M | T | | | | | |
| 1040. -Merck & Co | E | Dividend | P1 | T | | | | | |
| 1041. -Merck & Co | | | | | Part Donated | 11/15 | | | |
| 1042. -Microsoft Corp | D | Dividend | O | T | | | | | |
| 1043. -Oracle Corp | | None | M | T | | | | | |
| 1044. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1045. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1046. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 1047. -Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 1048. -Stryker Corp | A | Dividend | M | T | | | | | |
| 1049. -3M Co | D | Dividend | M | T | | | | | |
| 1050. -Verigy (recd fr Agilent spinoff) | | None | J | T | Received | 11/02 | J | | |
| 1051. -Windstream (recd fr Alltel spinoff) | A | Dividend | K | T | Received | 07/18 | K | | |
| 1052. -Wyeth | D | Dividend | N | T | | | | | |
| 1053. -Allegiant PA MM Fd | C | Interest | O | T | Mon Mkt Inv | | | | |
| 1054. -Chester County 4.50-2006 | B | Interest | | | Matured | 06/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Lampeter-Strasburg PA 4.0-2009 | A | Interest | M | T | Bot | 07/12 | L | | |
| 1056. -Nazareth PA School Dist 3.5-2010 | C | Interest | L | T | | | | | |
| 1057. -New Hope Solebury PA Sch Dist 3.0-2009 | C | Interest | L | T | | | | | |
| 1058. -PA St 2nd Series Ser 5.25 - 2007 | C | Interest | M | T | | | | | |
| 1059. -So West Sch Dist PA York Cnty 2.95-2008 | C | Interest | L | T | | | | | |
| 1060. -York County, PA 3.25 - 2008 | C | Interest | L | T | Bot | 01/24 | L | | |
| 1061. -York County, PA 3.35-2009 | C | Interest | L | T | Bot | 01/24 | L | | |
| 1062. -Ltd Partnerships -- | | | | | | | | | |
| 1063. -One Atlanta Assocs - Atlanta, GA Real ..Estate | C | Distribution | K | W | | | | | |
| 1064. -J&S Realty Markham - Ontario Real Est | B | Distribution | K | W | | | | | |
| 1065. Bank Accts -- | | | | | | | | | |
| 1066. -Mellon Bank N. A. | A | Interest | L | T | | | | | |
| 1067. -National City Bank of PA | A | Interest | K | T | | | | | |
| 1068. -PNC Bank | D | Interest | M | T | | | | | |
| 1069. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | M | E | See Section VIII #1 |
| 1070. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 1071. -American Int'l Group Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Bank of America Corp | | | | | | | | | |
| 1073. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/23 | | | |
| 1074. -BP PLC Spons ADR | | | | | Part Sold | 01/31 | | | |
| 1075. -BP PLC Spons ADR | | | | | Part Sold | 06/13 | | | |
| 1076. -BP PLC Spons ADR | | | | | Part Sold | 12/01 | | | |
| 1077. -Carnival Corp | | | | | | | | | |
| 1078. -Citigroup Inc | | | | | | | | | |
| 1079. -Coca Cola Co | | | | | | | | | |
| 1080. -Del Monte Foods Co | | | | | | | | | |
| 1081. -Dow Chemical Co | | | | | Part Sold | 06/13 | | | |
| 1082. -Exxon Mobil Corp | | | | | Part Sold | 01/31 | | | |
| 1083. -Federal Home Loan Mtg Corp | | | | | | | | | |
| 1084. -First Data (Spinoff of W Union) | | | | | Spinoff | 10/02 | | | |
| 1085. -FPL Group Inc | | | | | | | | | |
| 1086. -Freescale Semiconductor | | | | | Sold | 12/04 | | | |
| 1087. -General Electric Co | | | | | Part Sold | 12/01 | | | |
| 1088. -H J Heinz Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Idearc (Rec fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 1090. -Intel Corp | | | | | | | | | |
| 1091. -Ishares Trst MSCI EAFE Index Fd | | | | | | | | | |
| 1092. -Ishares Trst MSCI EAFE Index Fd | | | | | Bot | 06/13 | | | |
| 1093. -Ishares Trst MSCI Emerg mkts Index Fd | | | | | | | | | |
| 1094. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 1095. -MBNA (Merged into Bank of America) | | | | | Merged | 01/13 | | | |
| 1096. -Marriott Int'l Inc Cl A | | | | | | | | | |
| 1097. -McGraw Hill Cos Inc | | | | | | | | | |
| 1098. -Medtronic Inc | | | | | | | | | |
| 1099. -Microsoft Corp | | | | | | | | | |
| 1100. -JP Morgan Chase & Co | | | | | | | | | |
| 1101. -Morgan Stanley | | | | | | | | | |
| 1102. -Motorola Inc | | | | | Part Sold | 06/13 | | | |
| 1103. -Schlumberger Ltd | | | | | Part Sold | 01/31 | | | |
| 1104. -Schlumberger Ltd | | | | | Part Sold | 12/01 | | | |
| 1105. -3M Co | | | | | Part Sold | 12/01 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -The St Pauls Travelers Cos | | | | | | | | | |
| 1107. -Verizon (Spinoff of Iderac) | | | | | Spinoff | 11/20 | | | |
| 1108. -Wal-Mart Stores | | | | | | | | | |
| 1109. -Wells Fargo & Co New | | | | | | | | | |
| 1110. -W Union (Rec fr First Data spinoff) | | | | | Received | 10/02 | | | |
| 1111. -Calamas Growth Fund H606 | | | | | Bot | 01/27 | | | |
| 1112. -Janus Mid Cap Value Fund #67 | | | | | Bot | 01/27 | | | |
| 1113. Trust #6 (100% Income Interest) | F | Int./Div. | P1 | T | | | L | E | See Section VIII #1 |
| 1114. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 1115. -Abbott Laboratories Inc | | | | | Part Sold | 12/01 | | | |
| 1116. -American Int'l Group Inc | | | | | | | | | |
| 1117. -Archer Daniels Midland Co | | | | | Bot | 06/12 | | | |
| 1118. -Archer Daniels Midland Co | | | | | Sold | 12/01 | | | |
| 1119. -Bank of America Corp | | | | | | | | | |
| 1120. -Bank of America (recd fr MBNA Merger) | | | | | Received | 01/03 | | | |
| 1121. -BP PLC Spons ADR | | | | | Part Sold | 06/12 | | | |
| 1122. -BP PLC Spons ADR | | | | | Part Sold | 12/01 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _— Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Bristol Myers Squibb Co | | | | | Part Sold | 12/01 | | | |
| 1124. -E I duPont deNemours | | | | | Part Sold | 06/12 | | | |
| 1125. -Emerson Electric Co | | | | | | | | | |
| 1126. -Exxon Mobil Corp | | | | | Part Sold | 06/12 | | | |
| 1127. -Exxon Mobil Corp | | | | | Part Sold | 12/01 | | | |
| 1128. -FPL Group Inc | | | | | | | | | |
| 1129. -Freescale Semi Cond | | | | | Sold | 12/04 | | | |
| 1130. -Goldman Sachs Group Inc | | | | | Bot | 06/12 | | | |
| 1131. -Home Depot Inc | | | | | | | | | |
| 1132. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 1133. -Intel Corp | | | | | | | | | |
| 1134. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 1135. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | Bot | 06/12 | | | |
| 1136. -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 1137. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 06/12 | | | |
| 1138. -Marriott Int'l Inc | | | | | | | | | |
| 1139. -MBNA (Merged into Bank of America) | | | | | Merged | 01/03 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -Mc Graw Hill Cos Inc | | | | | | | | | |
| 1141. -Metlife Inc | | | | | Bot | 06/12 | | | |
| 1142. -Microsoft Corp | | | | | | | | | |
| 1143. -Moody's Corp | | | | | Bot | 06/12 | | | |
| 1144. -JP Morgan Chase & Co | | | | | | | | | |
| 1145. -Morgan Stanley | | | | | | | | | |
| 1146. -Motorola Inc | | | | | | | | | |
| 1147. -Phelps Dodge Corp | | | | | Bot | 06/12 | | | |
| 1148. -PPG Industries Inc | | | | | Part Sold | 06/12 | | | |
| 1149. -Proctor & Gamble Co | | | | | | | | | |
| 1150. -Schlumberger Ltd | | | | | Part Sold | 06/12 | | | |
| 1151. -Schlumberger Ltd | | | | | Part Sold | 12/04 | | | |
| 1152. -3M Company | | | | | | | | | |
| 1153. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/20 | | | |
| 1154. -Wall-Mart Stores Inc | | | | | Bot | 06/12 | | | |
| 1155. -Wells Fargo & Co New | | | | | | | | | |
| 1156. -Wyeth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Zimmer Holdings Inc | | | | | | | | | |
| 1158. Trust #7 (No Income Rec'd) | | None | P2 | T | | | O | G | See Section VIII #1 |
| 1159. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 1160. -Bensalem Twp PA G.O. 5.3 - 2007 | | | | | Called | 06/01 | | | |
| 1161. -Bensalem Twp PA S.D. 5.35 - 2007 | | | | | | | | | |
| 1162. -Central Bucks PA Sch Dist 2.5 - 2008 | | | | | | | | | |
| 1163. -Chichester Sch Dist PA 2.5 - 2009 | | | | | | | | | |
| 1164. -Connecticut St Spl Tax Obl Rev 2.0 -2006 | | | | | Matured | 09/01 | | | |
| 1165. -Delaware Cnty PA Auth Univ Rev 1.6 - ..2006 | | | | | Matured | 09/01 | | | |
| 1166. -Dillsburg PA Area Wtr Auth 2.25 - 2008 | | | | | | | | | |
| 1167. -Forest Area Sch Dist PA 3.3-2012 | | | | | | | | | |
| 1168. -Hermitage PA Sch Dist 1.4 - 2006 | | | | | Matured | 09/01 | | | |
| 1169. -Indiana St Fin Auth Rev 4.0- ..2011 | | | | | Bot | 11/30 | | | |
| 1170. -Indiana Transn Fin Auth Hwy Rev 3.0 - ..2009 | | | | | | | | | |
| 1171. -McKeesport PA S.D. 5.5-2007 | | | | | Sold | 10/02 | | | |
| 1172. -Monroe Twp PA 3.0- 2010 | | | | | | | | | |
| 1173. -Monroeville Penn Ser A 1.55 -2010 | | | | | Called | 06/01 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -N Hampton Penn Area Sch Dist 2.6-2008 | | | | | | | | | |
| 1175. -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | Bot | 12/18 | | | |
| 1176. -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | | | | | |
| 1177. -Peters Twp PA San Auth 2.25 - 2007 | | | | | | | | | |
| 1178. -Scranton Penn Ser A 3.0 - 2010 | | | | | | | | | |
| 1179. -St Pub Sch Bldg Auth PA Col Rev 2.0 -2007 | | | | | | | | | |
| 1180. -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | Bot | 09/07 | | | |
| 1181. -Up Perkiomen Sch Dst 3.85-2011 | | | | | Bot | 07/27 | | | |
| 1182. -Washtenaw Mich Cmnty College 3.5-2010 | | | | | | | | | |
| 1183. -Waynesboro PA Area Sch Dist 2.0 - 2007 | | | | | | | | | |
| 1184. -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 1185. -Agilent Tech Inc | | | | | | | | | |
| 1186. -Agilent (Spinoff of Verigy) | | | | | Spinoff | 11/01 | | | |
| 1187. -American Express Co | | | | | Bot | 06/08 | | | |
| 1188. -Bank of America Corp | | | | | | | | | |
| 1189. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/03 | | | |
| 1190. -ChevronTexaco Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Citigroup Inc | | | | | | | | | |
| 1192. -Walt Disney Co | | | | | | | | | |
| 1193. -Diamond Off Shore Drilling Inc | | | | | Bot | 06/08 | | | |
| 1194. -Diamond Off Shore Drilling Inc | | | | | Sold | 11/30 | | | |
| 1195. -Dominion Resources Inc VA | | | | | | | | | |
| 1196. -Dow Chemical | | | | | Part Sold | 06/08 | | | |
| 1197. -Emerson Electric Co | | | | | Part Sold | 06/08 | | | |
| 1198. -Federal Home Loan Mtg | | | | | | | | | |
| 1199. -Fortune Brands Inc | | | | | Sold | 06/08 | | | |
| 1200. -FPL Group Inc | | | | | | | | | |
| 1201. -General Electric Co | | | | | Part Sold | 06/08 | | | |
| 1202. -General Electric Co | | | | | Part Sold | 11/30 | | | |
| 1203. -Goldman Sachs Group Inc | | | | | Bot | 06/08 | | | |
| 1204. -Hanesbrands (Recd fr Sara Lee spinoff) | | | | | Received | 09/06 | | | |
| 1205. -Hewlett-Packard Co | | | | | Part Sold | 11/30 | | | |
| 1206. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 1207. -Int'l Business Machines Corp | | | | | Part Sold | 06/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -Intel Corp | | | | | | | | | |
| 1209. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 1210. -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 1211. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 1212. -MBNA (Merged into Bank of America) | | | | | Merged | 01/03 | | | |
| 1213. -Marriott Int'l Inc | | | | | | | | | |
| 1214. -Mc Graw Hill Cos Inc | | | | | | | | | |
| 1215. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1216. -JP Morgan Chase & Co | | | | | | | | | |
| 1217. -Morgan Stanley | | | | | | | | | |
| 1218. -Nordstrom Inc | | | | | Bot | 06/08 | | | |
| 1219. -Norfolk Southern Corp | | | | | Part Sold | 06/08 | | | |
| 1220. -Norfolk Southern Corp | | | | | Part Sold | 11/30 | | | |
| 1221. -Old Republic Int'l Corp | | | | | | | | | |
| 1222. -Sara Lee Corp | | | | | Part Sold | 06/08 | | | |
| 1223. -Sara Lee (Spinoff of Hanesbrands) | | | | | Spinoff | 09/06 | | | |
| 1224. -Schlumberger Ltd | | | | | Bot | 06/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Smith Int'l Inc | | | | | Bot | 06/08 | | | |
| 1226. -3M Co | | | | | Part Sold | 06/08 | | | |
| 1227. -3M Co | | | | | Part Sold | 11/30 | | | |
| 1228. -Verigy (Recd fr Agilent Spinoff) | | | | | Received | 11/01 | | | |
| 1229. -Verizon Comm Inc | | | | | | | | | |
| 1230. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/20 | | | |
| 1231. -Wal-Mart Stores Inc | | | | | | | | | |
| 1232. -Wells Fargo & Co New | | | | | | | | | |
| 1233. -Weyerhauser Co | | | | | Part Sold | 06/08 | | | |
| 1234. -Wyeth | | | | | Part Sold | 11/30 | | | |
| 1235. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | L | E | See Section VIII #1 |
| 1236. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1237. -Abbott Laboratories | | | | | | | | | |
| 1238. -Amgen Inc | | | | | | | | | |
| 1239. -Avon Products | | | | | | | | | |
| 1240. -Bank of America Corp | | | | | Part Sold | 06/08 | | | |
| 1241. -Brinker Int'l Inc | | | | | Sold | 10/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -Capital One Financial Corp | | | | | Bot | 06/08 | | | |
| 1243. -Cisco Systems Inc | | | | | | | | | |
| 1244. -Citigroup Inc | | | | | | | | | |
| 1245. -Disney Walt Co | | | | | | | | | |
| 1246. -EMC Corp Mass | | | | | | | | | |
| 1247. -Exxon Mobil Corp | | | | | Part Sold | 06/08 | | | |
| 1248. -Home Depot Inc | | | | | | | | | |
| 1249. -Host Hotels & Resorts Inc (recd fr ..Starwood merger) | | | | | Received | 07/24 | | | |
| 1250. -Idearc (Rec fr Verizon spinoff) | | | | | Received | 12/22 | | | |
| 1251. -Intel Corp | | | | | | | | | |
| 1252. -Int'l Game Technology | | | | | Part Sold | 11/30 | | | |
| 1253. -Johnson & Johnson | | | | | Part Sold | 11/30 | | | |
| 1254. -Microchip Tech Inc | | | | | Bot | 11/30 | | | |
| 1255. -Microsoft Corp | | | | | | | | | |
| 1256. -Northrop Grumman Corp | | | | | Part Sold | 06/08 | | | |
| 1257. -Northrop Grumman Corp | | | | | Part Sold | 11/30 | | | |
| 1258. -Omnicom Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -Pepsico Inc | | | | | | | | | |
| 1260. -Procter & Gamble Co | | | | | Part Sold | 11/30 | | | |
| 1261. -Qualcomm Inc | | | | | Bot | 11/30 | | | |
| 1262. -Royal Dutch Shell ADR-B | | | | | | | | | |
| 1263. -Royal Dutch Shell ADR-A | | | | | | | | | |
| 1264. -Starwood Htls (Merged into Host Htls) | | | | | Merged | 07/24 | | | |
| 1265. -Telefonos De Mexico ADR | | | | | | | | | |
| 1266. -Time Warner Inc | | | | | | | | | |
| 1267. -TXU Corp | | | | | Bot | 06/08 | | | |
| 1268. -US Bancorp Del | | | | | | | | | |
| 1269. -Unitedhealth Group Inc | | | | | Bot | 11/30 | | | |
| 1270. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 12/22 | | | |
| 1271. -Wallgreen Co | | | | | Bot | 11/30 | | | |
| 1272. -Wells Fargo & Co New | | | | | Part Sold | 11/30 | | | |
| 1273. -Yahoo Inc | | | | | | | | | |
| 1274. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/08 | | | |
| 1275. -Mellon Int'l Fund Cl M | | | | | Bot | 06/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -Mellon Mid Cap Stk Fund Cl M | | | | | | | | | |
| 1277. -Mellon Mid Cap Stk Fund Cl M | | | | | Bot | 06/08 | | | |
| 1278. -Mellon Mid Cap Stk Fund Cl M | | | | | Bot | 11/30 | | | |
| 1279. -Mellon Small Cap Stk Fund Cl M | | | | | | | | | |
| 1280. Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 1281. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1282. -Allegheny Cnty PA Hosp Dev Alleg Gen .Hosp 7.375-2012 | | | | | | | | | |
| 1283. -Allegheny Cnty PA Port Auth SPL Rev ..5.0-2021 | | | | | | | | | |
| 1284. -Altoona PA City Auth Water Rev 5.1-2012 | | | | | | | | | |
| 1285. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 1286. -Council Rock PA Sch Dist 4.0-2017 | | | | | Bot | 03/10 | | | |
| 1287. -Lackawanna Cnty PA Ser A 5.35-2014 | | | | | | | | | |
| 1288. -Lewisburg PA Area Sch Dist 5.0-2012 | | | | | Sold | 03/15 | | | |
| 1289. -PA St Higher Edl Facs Auth College-Ser ..B.4.7-2009 | | | | | | | | | |
| 1290. -PA St Higher Edl Facs Auth College-Ser ..B.4.6-2008 | | | | | | | | | |
| 1291. -PA St Higher Edl Facs Auth Ser R 4.8-2012 | | | | | | | | | |
| 1292. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -PA St Tpk Comn Oil Fran Tax - Unrefund ..5.25 - 2009 | | | | | | | | | |
| 1294. -Pa St Tpk Comn Oil Fran Tax - Prerefund ..5.25-2009 | | | | | | | | | |
| 1295. -Perkiomen Vy Sch Dist PA 4.55-2006 | | | | | Matured | 02/01 | | | |
| 1296. -Philadelphia PA Gas Wks Rev Second Ser ..5.0-2011 | | | | | | | | | |
| 1297. -Pittsburgh PA Sch Dist 4.25-2012 | | | | | | | | | |
| 1298. -Pleasant Valley School Dist 4.1-2008 | | | | | | | | | |
| 1299. -Snyder Cnty PA Higher 3.85-2016 | | | | | Bot | 03/22 | | | |
| 1300. -Spring-Ford Area School 4.8-2018 | | | | | | | | | |
| 1301. -State Pub Sch Bldg PA College 2.6-2010 | | | | | | | | | |
| 1302. -Trinity Area Sch Dist PA Ref-Ser B ..4.6-2007 | | | | | | | | | |
| 1303. -Tunkhannock PA Area Sch Dist 4.75-2010 | | | | | | | | | |
| 1304. -Wash Cnty PA Auth Rev Girard College ..4.45-2010 | | | | | | | | | |
| 1305. -Alcoa Inc | | | | | | | | | |
| 1306. -AT&T | | | | | | | | | |
| 1307. -Boston Scientific Corp | | | | | | | | | |
| 1308. -BP PLC SponsADR | | | | | | | | | |
| 1309. -Bristol Myers Squibb Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Cisco Systems | | | | | | | | | |
| 1311. -Citigroup Inc | | | | | | | | | |
| 1312. -DuPont EI Nemours & Co | | | | | | | | | |
| 1313. -Electronic Arts Inc | | | | | | | | | |
| 1314. -Electronic Arts Inc | | | | | Bot | 06/10 | | | |
| 1315. -EMC.Corp | | | | | | | | | |
| 1316. -Fed Nat'l Mortgage Assoc | | | | | Part Sold | 11/30 | | | |
| 1317. -Freeport-McM Copr Gold Cl B | | | | | | | | | |
| 1318. -General Electric | | | | | | | | | |
| 1319. -Goldman Sachs Group Inc | | | | | Sold | 11/30 | | | |
| 1320. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/29 | | | |
| 1321. -Intel Corp | | | | | | | | | |
| 1322. -Johnson & Johnson | | | | | Part Sold | 11/30 | | | |
| 1323. -JP Morgan Chase & Co | | | | | Part Sold | 06/16 | | | |
| 1324. -Kohls Corp | | | | | | | | | |
| 1325. -Masco Corp | | | | | Bot | 06/16 | | | |
| 1326. -Microsoft Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if Private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1327. -New York Fire-Shield Inc | | | | | | | | | |
| 1328. -PPG Industries Inc | | | | | | | | | |
| 1329. -Royal Dutch Shell | | | | | | | | | |
| 1330. -3M Co | | | | | Part Sold | 11/30 | | | |
| 1331. -The St Paul Travelers Cos | | | | | | | | | |
| 1332. -Time Warner Inc | | | | | | | | | |
| 1333. -Tyco Int'l Ltd New | | | | | Bot | 06/16 | | | |
| 1334. -United Health Group Inc | | | | | | | | | |
| 1335. -United Parcel Svc Cl B | | | | | | | | | |
| 1336. -Verizon Communications | | | | | Part Sold | 06/16 | | | |
| 1337. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/29 | | | |
| 1338. -Wal-Mart Stores Inc | | | | | | | | | |
| 1339. -Washington Mutual Inc | | | | | | | | | |
| 1340. -Zimmer Hldgs Inc | | | | | | | | | |
| 1341. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 06/08 | | | |
| 1342. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1343. -Mellon Int'l Fund Cl M | | | | | Bot | 06/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1345. -Mellon Optima | | | | | | | | | |
| 1346. -Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 1347. -Midcap SPDR Tr Unit Ser 1 | | | | | Bot | 06/08 | | | |
| 1348. -Royalty Int Goose Creek Dist, Harris Co ..TX | | | | | | | | | |
| 1349. -Royalty Pmts-Cetus Health Care Ltd ..Partnership II | | | | | | | | | |
| 1350. Trust #9 (GST Exempt) | E | Int./Div. | O | T | | | L | D | See Section VIII #1 |
| 1351. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1352. -Air Products & Chemicals | | | | | Part Sold | 06/08 | | | |
| 1353. -Air Products & Chemicals | | | | | Sold | 11/30 | | | |
| 1354. -Amgen Inc | | | | | | | | | |
| 1355. -Bank of America Corp | | | | | | | | | |
| 1356. -Block H&R Inc | | | | | | | | | |
| 1357. -Johnson & Johnson | | | | | | | | | |
| 1358. -Microchip Tech Inc | | | | | Bot | 11/30 | | | |
| 1359. -Microsoft Corp | | | | | | | | | |
| 1360. -Qualcomm | | | | | Bot | 11/30 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt fr prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -Riverfront Cap Fund LP | | | | | | | | | |
| 1362. -Sysco Corp | | | | | | | | | |
| 1363. -Target Corp | | | | | | | | | |
| 1364. -Time Warner Inc | | | | | | | | | |
| 1365. -US Bancorp Del | | | | | | | | | |
| 1366. -Wells Fargo & Co New | | | | | | | | | |
| 1367. -Mineral Int Rumley/German Twps Harrison ..Co Ohio | | | | | | | | | |
| 1368. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/20 | | | |
| 1369. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1370. -Mellon Int'l Fund Cl M | | | | | Bot | 06/08 | | | |
| 1371. -Mellon Large Cap Stk Fd Cl M | | | | | | | | | |
| 1372. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1373. -Midcap Spdr Tr Unit Ser 1 | | | | | Bot | 06/08 | | | |
| 1374. -Midcap Spdr Tr Unit Ser 1 | | | | | Bot | 11/30 | | | |
| 1375. Trust #10 (GST Non-Exempt) | E | Int./Div. | P1 | T | | | L | D | See Section VIII #1 |
| 1376. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1377. -Allegheny Cnty PA PO 4.125 - 2009 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -Allegheny Cnty PA 3.0-2010 | | | | | | | | | |
| 1379. -Luzerne Cnty PA 2.85-2010 | | | | | | | | | |
| 1380. -Manheim Twp PA Gen Mu 4.35 - 2010 | | | | | | | | | |
| 1381. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |
| 1382. -Norwin PA Sch Dist 4.5 - 2014 | | | | | | | | | |
| 1383. -PA St Higher 3.25 - 2011 | | | | | Bot | 12/12 | | | |
| 1384. -Penn Delco PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1385. -Penn Manor Sch Dist 4.45 - 2011 | | | | | Sold | 08/15 | | | |
| 1386. -Pittsburgh PA 4.6 - 2012 | | | | | | | | | |
| 1387. -Pottstown PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1388. -Souderton PA Area Sch 3.5 -2015 | | | | | Bot | 12/28 | | | |
| 1389. -Southern Huntington 4.25 - 2013 | | | | | Sold | 10/02 | | | |
| 1390. -University Area Jt Auth 4.0 - 2006 | | | | | Matured | 11/01 | | | |
| 1391. -West Chester PA 3.25 -2011 | | | | | Bot | 12/12 | | | |
| 1392. -Abbott Laboratories | | | | | | | | | |
| 1393. -Air Products Chemicals | | | | | Part Sold | 06/08 | | | |
| 1394. -Alcoa Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. -American Int'l Group Inc | | | | | | | | | |
| 1396. -Amgen Inc | | | | | | | | | |
| 1397. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1398. -Automatic Data Processing Inc | | | | | | | | | |
| 1399. -Bank of America Corp | | | | | | | | | |
| 1400. -Block H&R Inc | | | | | | | | | |
| 1401. -Burlington Res(Merged into Concophillips) | | | | | Merged | 04/03 | | | |
| 1402. -Cisco Systems Inc | | | | | | | | | |
| 1403. -Citigroup Inc | | | | | | | | | |
| 1404. -Clorox Co | | | | | Sold | 06/08 | | | |
| 1405. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 1406. -Concophillips (Merged w/Burlington) | | | | | Received | 04/03 | | | |
| 1407. -Concophillips | | | | | Part Sold | 06/08 | | | |
| 1408. -Dell Inc | | | | | | | | | |
| 1409. -Disney Walt Co | | | | | | | | | |
| 1410. -DuPont E I DeNemours & Co | | | | | | | | | |
| 1411. -EMC Corp Mass | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -Electronic Arts Inc | | | | | | | | | |
| 1413. -El Pasco Corp | | | | | Part Sold | 11/30 | | | |
| 1414. -Exxon Mobil Corp | | | | | | | | | |
| 1415. -Harley Davidson Inc | | | | | | | | | |
| 1416. -Hershey Foods Corp | | | | | | | | | |
| 1417. -Honeywell Int'l Inc | | | | | | | | | |
| 1418. -IBM Co | | | | | | | | | |
| 1419. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 1420. -Intel Corp | | | | | Part Sold | 11/30 | | | |
| 1421. -J P Morgan Chase & Co | | | | | | | | | |
| 1422. -Johnson & Johnson | | | | | | | | | |
| 1423. -Kimberly Clark Corp | | | | | | | | | |
| 1424. -Lilly Eli & Co | | | | | | | | | |
| 1425. -Lowe's Cos Inc | | | | | | | | | |
| 1426. -Microsoft Corp | | | | | | | | | |
| 1427. -Pepsico Inc | | | | | | | | | |
| 1428. -Pfizer Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -Procter & Gamble Co | | | | | | | | | |
| 1430. -Sap Akiengellschaft ADR | | | | | | | | | |
| 1431. -Schlumberger Ltd | | | | | Part Sold | 06/08 | | | |
| 1432. -Station Casinos Inc | | | | | Sold | 12/12 | | | |
| 1433. -Symantec Corp | | | | | | | | | |
| 1434. -Time Warner Inc | | | | | Sold | 11/30 | | | |
| 1435. -TXU Corp | | | | | Bot | 06/08 | | | |
| 1436. -Tyco Inc Ltd New | | | | | | | | | |
| 1437. -US Bancorp Del | | | | | | | | | |
| 1438. -Valero L P | | | | | | | | | |
| 1439. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/20 | | | |
| 1440. -Wells Fargo & Co New | | | | | | | | | |
| 1441. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1442. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1443. -Mellon Int'l Fund Cl M | | | | | Bot | 06/08 | | | |
| 1444. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1445. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 06/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1447. -Midcap Spdr Tr Unit Ser 1 | | | | | Bot | 06/08 | | | |
| 1448. Custody Acct #2 (Invest Adv Acct 100% .. Int) | | | | | | | | | |
| 1449. -Fairfield PA 2.75-2007 | C | Interest | L | T | | | | | |
| 1450. -Greencastle Antrim PA 2.75 - 2008 | C | Interest | L | T | | | | | |
| 1451. -SEI Tax Exempt Trust | D | Interest | O | T | | | | | |
| 1452. -Laurel PA 3.0 - 2009 | C | Interest | L | T | Bot | 09/01 | L | | |
| 1453. -PA Comm 4.5-2006 | C | Interest | | | Matured | 12/01 | L | | |
| 1454. -PA Comm 4.5-2006 | | | | | Matured | 12/01 | L | | |
| 1455. -Ltd Partnerships -- | | | | | | | | | |
| 1456. -J&S Realty Assocs, Markham, Ontario CN, ..Real Estate | B | Distribution | K | W | | | | | |
| 1457. -Agilent Tech Inc | | None | M | T | | | | | |
| 1458. Agilent (Spinoff of Verigy) | | | | | Spinoff | 11/01 | J | | |
| 1459. -Alltel Corp | C | Dividend | M | T | | | | | |
| 1460. -Alltel (Spinoff of Windstream) | | | | | Spinoff | 07/25 | K | | |
| 1461. -Amgen Inc | | None | M | T | | | | | |
| 1462. -Automatic Data Processing | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. -BJW Inc (S Corporation), Alexandria, VA | | None | K | U | | | | | |
| 1464. -Conagra Foods Inc | C | Dividend | M | T | | | | | See Section VIII #3 |
| 1465. -General Electric Co | C | Dividend | M | T | | | | | |
| 1466. -Hewlett-Packard Co | D | Dividend | P1 | T | | | | | |
| 1467. -Johnson & Johnson | D | Dividend | N | T | | | | | |
| 1468. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 1469. -Kimberly Clark Corp | D | Dividend | M | T | | | | | |
| 1470. -Lilly (Eli) & Co | E | Dividend | O | T | | | | | |
| 1471. -Medtronics Inc | B | Dividend | M | T | | | | | |
| 1472. -Merck & Co | E | Dividend | O | T | | | | | |
| 1473. -Neenah Paper Inc | A | Dividend | J | T | | | | | |
| 1474. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1475. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1476. -Procter & Gamble | E | Dividend | P1 | T | | | | | |
| 1477. -Smucker J M Co | B | Dividend | L | T | | | | | |
| 1478. -3M Co | D | Dividend | N | T | | | | | |
| 1479. -Verigy (Rec fr Agilent spinoff) | | None | J | T | Received | 11/01 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. -Windstream (Rec fr Alltel spinoff) | A | Dividend | K | T | Received | 07/25 | K | | |
| 1481. Agency Acct #I | | | | | | | | | |
| 1482. -Hillman-Burgettstown Mineral Acct (2.6% Income Int) | | None | J | U | Coal Royalty | | | | |
| 1483. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1484. -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1485. -Abgenix Inc | | None | | | Tendered | 04/06 | L | E | |
| 1486. -Abitibi Consol Inc | | | | | Bot | 11/21 | L | | |
| 1487. -Abitibi Consol Inc | A | Dividend | K | T | Part Sold | 12/20 | K | | |
| 1488. -Airtran Hldgs Inc | | None | K | T | | | | | |
| 1489. -Alberto Culver Co | | | | | Bot | 07/03 | L | | |
| 1490. -Alberto C (Spinoff of Sallys Beauty Hldgs) | | | | | Spinoff | 11/17 | J | | |
| 1491. -Alberto Cul (Merge into Alberto Cul New) | | | | | Merged | 11/17 | K | | |
| 1492. -Alberto Culver Co New | E | Dividend | K | T | | | | | |
| 1493. -Alliance Wordwide Privatization Fnd, Cl A | A | Dividend | L | T | | | | | |
| 1494. -Allscripts Healthcare | | None | L | T | Bot | 02/13 | L | | |
| 1495. -Amer International Group Inc | A | Dividend | K | T | | | | | |
| 1496. -Applied Microcircuits Corp | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -Ariba Inc - New | | None | K | T | | | | | |
| 1498. -Bank of America Corp | C | Dividend | M | T | | | | | |
| 1499. -Barnes & Noble Inc | B | Dividend | L | T | | | | | |
| 1500. -Biomet Inc | B | Dividend | M | T | | | | | |
| 1501. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1502. -Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 1503. -Chicos Fas Inc | | | | | Bot | 03/03 | L | | |
| 1504. -Chicos Fas Inc | | | | | Bot | 11/13 | K | | |
| 1505. -Chicos Fas Inc | | None | K | T | Part Sold | 12/20 | K | | |
| 1506. -China Mobile Hong Kong Ltd | C | Dividend | M | T | | | | | |
| 1507. -Citigroup Inc | C | Dividend | L | T | | | | | |
| 1508. -Coach Inc | | None | M | T | | | | | |
| 1509. -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1510. -Comcast Corp Cl A | | None | K | T | | | | | |
| 1511. -Comcast Corp Cl A - Spl | | None | L | T | | | | | |
| 1512. -Corning Inc | | None | K | T | | | | | |
| 1513. -Cypress Semiconductor Corp Del | | None | L | T | Part Sold | 10/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. -Cytyc Corp | | None | L | T | | | | | |
| 1515. -Dow Chemical | B | Dividend | K | T | | | | | |
| 1516. -E I duPontdeNemours | C | Dividend | M | T | | | | | |
| 1517. -Electronic Data Sys Corp New | A | Dividend | L | T | | | | | |
| 1518. -Emerson Electric | A | Dividend | K | T | | | | | |
| 1519. -Encore Capital Group Inc | | None | L | T | | | | | |
| 1520. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1521. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1522. -Federated Dept Stores | A | Dividend | K | T | | | | | |
| 1523. -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1524. -Foundry Networks Inc | | None | L | T | | | | | |
| 1525. -Gamestop Corp New Cl B | | None | K | T | | | | | |
| 1526. -General Electric Co | D | Dividend | N | T | | | | | |
| 1527. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1528. -Google Inc | | | | | Part Sold | 02/14 | K | | |
| 1529. -Google Inc | | None | K | T | Bot | 04/24 | K | | |
| 1530. -Hanesbrands (recd fr Sara Lee Spinoff) | | | | | Received | 09/06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Hanesbrands Inc | | None | L | T | Bot | 09/25 | K | | |
| 1532. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1533. -Home Depot Inc | C | Dividend | M | T | | | | | |
| 1534. -Hospira Inc | | None | K | T | Bot | 01/30 | K | | |
| 1535. -Iderac (Rec fr Verizon spinoff) | | None | J | T | Received | 11/29 | J | | |
| 1536. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1537. -Lifecell Corp | | | | | Bot | 09/19 | L | | |
| 1538. -Lifecell Corp | | | | | Bot | 11/15 | L | | |
| 1539. -Lifecell Corp | | None | K | T | Part Sold | 12/20 | K | | |
| 1540. -Lucent Technologies Inc | | None | | | Sold | 03/24 | K | D | |
| 1541. -Medco Hlth Solutions Inc | | None | L | T | | | | | |
| 1542. -Memc Electronic Mtls Inc | | None | L | T | | | | | |
| 1543. -Merck & Co Inc | C | Dividend | L | T | | | | | |
| 1544. -Microsoft Corp | A | Dividend | L | T | | | | | |
| 1545. -Netflix Inc | | None | L | T | Bot | 04/25 | L | | |
| 1546. -Pacific Ethanol Inc | | None | K | T | Bot | 11/09 | K | | |
| 1547. -Pepsico Inc | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 – $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -Petco Animal Supply Inc New | | None | | | Sold | 07/14 | K | D | |
| 1549. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1550. -Plug Power Inc | | None | | | Sold | 12/20 | K | | |
| 1551. -Procter & Gamble Co | A | Dividend | L | T | | | | | |
| 1552. -Royal Dutch Shell | A | Dividend | K | T | | | | | |
| 1553. -Sally Beauty Hldgs Inc (Recd fr Alberto ..spinoff) | | None | J | T | Received | 11/17 | J | | |
| 1554. -Sanofi-Synthelabo | C | Dividend | M | T | | | | | |
| 1555. -Sara Lee Corp (Spinoff of Hanesbrands) | B | Dividend | K | T | Spinoff | 09/25 | K | | |
| 1556. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1557. -Sonic Innovations Inc | | None | K | T | | | | | |
| 1558. -Spatialight Inc | | None | | | Sold | 11/14 | K | | |
| 1559. -Suncor Energy Inc | A | Dividend | L | T | | | | | |
| 1560. -Symantec Corp | | None | | | Sold | 09/19 | L | | |
| 1561. -Teco Energy, Inc | B | Dividend | L | T | | | | | |
| 1562. -3M Co | C | Dividend | M | T | | | | | |
| 1563. -Trex Inc | | None | K | T | | | | | |
| 1564. -Unilever NV New York Shs New | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. -Verizon Comm Inc | C | Dividend | L | T | | | | | |
| 1566. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/29 | K | | |
| 1567. -Vitesse Semiconductor Corp | | | | | Bot | 01/30 | K | | |
| 1568. -Vitesse Semiconductor Corp | | None | | | Sold | 11/13 | K | | |
| 1569. -Wal-Mart Stores Inc | A | Dividend | L | T | | | | | |
| 1570. -Washington Mutual Inc | C | Dividend | L | T | | | | | |
| 1571. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1572. -Wyeth | B | Dividend | M | T | | | | | |
| 1573. -Zimmer Holdings Inc | | None | L | T | Bot | 01/30 | K | | |
| 1574. -Templeton Developing Mkts | C | Dividend | M | T | Bot | 03/08 | J | | |
| 1575. -Capital One Bank CD 2.9 - 2006 | A | Interest | | | Matured | 04/13 | L | | |
| 1576. -India Fund Inc | | | | | Bot | 01/12 | J | | |
| 1577. -India Fund Inc | | | | | Part Sold | 05/03 | L | | |
| 1578. -India Fund Inc | | | | | Bot | 06/14 | K | | |
| 1579. -India Fund Inc | A | Dividend | M | T | Rights Sold | 08/04 | L | E | |
| 1580. -Templeton Russia E Europe Fd Inc | | | | | Bot | 01/12 | J | | |
| 1581. -Templeton Russia E Europe Fd Inc | | | | | Part Sold | 05/03 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. -Templeton Russia E Europe Fd Inc | C | Dividend | M | T | Bot | 06/14 | K | | |
| 1583. -Unilever NV NY Shs - New | | None | L | T | Bot | 06/28 | K | | |
| 1584. -Smith Barney Money Funds | B | Dividend | O | T | Mon Mkt Inv | | | | |
| 1585. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1586. -Blackrock US Treas MM Fd #02 | A | Dividend | J | T | Mon Mkt Inv | | | | |
| 1587. -State Lease ▓ (Operated by Gulf Stream ..Resources,Inc) | | (No income) | | | | | | | |
| 1588. -Rycade Lease Section ▓ (operated by ..Termo Co) | | (No income) | | | | | | | |
| 1589. Note Rec from Ron Bacon* (D/B/A Village ..Deli) (*default) | | None | L | U | | | | | |
| 1590. Trust #11 (6.25% income interest) | C | Dividend | M | T | | | K | E | See Section VIII #1 |
| 1591. -Cisco Systems Inc | | | | | | | | | |
| 1592. -Comcast Corp Cl A | | | | | Sold | 02/15 | | | |
| 1593. -Exxon Mobil Corp | | | | | Part Sold | 02/15 | | | |
| 1594. -Exxon Mobil Corp | | | | | Part Sold | 04/18 | | | |
| 1595. -Johnson & Johnson | | | | | Part Sold | 02/15 | | | |
| 1596. -Pfizer Inc | | | | | | | | | |
| 1597. -PPG Industries Inc | | | | | | | | | |
| 1598. -Blackrock US Treas Inst Cl Fd #02 | | | | | Mon Mkt Inv | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Calamos Growth Fund #606 | | | | | | | | | |
| 1600. -Calamos Growth Fund #606 | | | | | Bot | 02/14 | | | |
| 1601. -Calamos Growth Fund #606 | | | | | Bot | 11/06 | | | |
| 1602. -Harbor Fund Int'l #11 | | | | | | | | | |
| 1603. -Harbor Fund Int'l #11 | | | | | Bot | 02/14 | | | |
| 1604. -Harbor Fund Int'l #11 | | | | | Bot | 11/06 | | | |
| 1605. Trust #12 (6.25% income interest) | D | Dividend | N | T | | | K | E | See Section VIII #1 |
| 1606. -Blackrock MM Fund #01 | | | | | Mon Mkt Inv | | | | |
| 1607. -Agilent Tech (Spinoff of Verigy) | | | | | Spinoff | 11/01 | | | |
| 1608. -American Int'l Group Inc | | | | | | | | | |
| 1609. -Amgen Inc | | | | | | | | | |
| 1610. -Bank of America | | | | | | | | | |
| 1611. -Boeing Co | | | | | | | | | |
| 1612. -Citigroup Inc | | | | | | | | | |
| 1613. -Costco Wholesale Corp | | | | | | | | | |
| 1614. -Dell Inc | | | | | Sold | 09/11 | | | |
| 1615. -Equitable Resourses Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Exxon Mobil Corp | | | | | Part Sold | 02/15 | | | |
| 1617. -Exxon Mobil Corp | | | | | Part Sold | 04/18 | | | |
| 1618. -General Electric Co | | | | | Part Sold | 02/15 | | | |
| 1619. -Hewlett-Packard Co | | | | | | | | | |
| 1620. -Idearc (Recd fr Verizon Spinoff) | | | | | 11/0 | | | | |
| 1621. -Ingersoll Rand | | | | | | | | | |
| 1622. -Intel Corp | | | | | Part Sold | 02/15 | | | |
| 1623. -Int'l Business Machines Corp | | | | | | | | | |
| 1624. -Johnson & Johnson | | | | | | | | | |
| 1625. -Legg Mason Inc | | | | | | | | | |
| 1626. -McDonalds Corp | | | | | | | | | |
| 1627. -Medtronic Inc | | | | | | | | | |
| 1628. -Pfizer Inc | | | | | | | | | |
| 1629. -Pfizer Inc | | | | | Bot | 02/15 | | | |
| 1630. -Pepsico Inc | | | | | | | | | |
| 1631. -PPG Industries Inc | | | | | | | | | |
| 1632. -Procter & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. -Stryker Corp | | | | | | | | | |
| 1634. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1635. -Unilever NV New York Shs New | | | | | | | | | |
| 1636. -Verigy (Recd fr Agilent spinoff) | | | | | Received | 11/01 | | | |
| 1637. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/20 | | | |
| 1638. -Artisan Fds Inc Int'l Fd #661 | | | | | | | | | |
| 1639. -Artisan Fds Inc Int'l Fd #661 | | | | | Bot | 02/14 | | | |
| 1640. -Artisan Fds Inc Int'l Fd #661 | | | | | Bot | 12/20 | | | |
| 1641. -Fidelity Adv Diversity Int'l Fd #734 | | | | | | | | | |
| 1642. -Fidelity Adv Diversity Int'l Fd #734 | | | | | Bot | 02/14 | | | |
| 1643. -Fidelity Adv Diversity Int'l Fd #734 | | | | | Bot | 12/11 | | | |
| 1644. -Ishares Trust MSCI Emerging Index Fd | | | | | | | | | |
| 1645. -Ishares Trust MSCI Emerging Index Fd | | | | | Bot | 02/16 | | | |
| 1646. -Janus Mid Cap Value Fd | | | | | | | | | |
| 1647. -Janus Mid Cap Value Fd | | | | | Bot | 02/14 | | | |
| 1648. -Janus Mid Cap Value Fd | | | | | Bot | 12/15 | | | |
| 1649. -R S Investment Mgmt Small Co Growth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ..Fund | | | | | | | | | |
| 1650. -R S Investment Mgmt Small Co Growth ..Fund | | | | | Bot | 12/15 | | | |
| 1651. Fiduciary Positions - - | | | | | | | | | |
| 1652. Trust #13 (No income rec'd) | None | O | T | | | | M | F | See Section VIII #1 |
| 1653. -Mellon Nat'l Muni MM Fd | | | | | Mon Mkt Inv | | | | |
| 1654. -Abbott Laboratories | | | | | Part Sold | 01/13 | | | |
| 1655. -Abercrombie & Fitch Co | | | | | Bot | 05/25 | | | |
| 1656. -Abercrombie & Fitch Co | | | | | Part Sold | 10/13 | | | |
| 1657. -Alltel Corp | | | | | | | | | |
| 1658. -Alltel Corp | | | | | Bot | 01/19 | | | |
| 1659. -Alltel Corp (Spinoff of Windstream Corp) | | | | | Spinoff | 07/18 | | | |
| 1660. -Allergan Inc | | | | | Bot | 07/11 | | | |
| 1661. -Altria Group Inc | | | | | | | | | |
| 1662. -Altria Group Inc | | | | | Bot | 01/19 | | | |
| 1663. -Altria Group Inc | | | | | Sold | 03/23 | | | |
| 1664. -Amdocs Ltd | | | | | | | | | |
| 1665. -Amdocs Ltd | | | | | Bot | 01/19 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1666. -Amdocs Ltd | | | | | Part Sold | 03/23 | | | |
| 1667. -American Express Co | | | | | | | | | |
| 1668. -American Express Co | | | | | Bot | 01/19 | | | |
| 1669. -Amerada Hess Corp | | | | | Part Sold | 05/02 | | | |
| 1670. -Amerada Hess (Name chg to Hess Corp) | | | | | Name Changed | 05/05 | | | |
| 1671. -American Int'l Group | | | | | | | | | |
| 1672. -American Int'l Group | | | | | Bot | 01/19 | | | |
| 1673. -Ameriprise Fin | | | | | Sold | 01/19 | | | |
| 1674. -Amgen Inc | | | | | | | | | |
| 1675. -Amgen Inc | | | | | Bot | 01/19 | | | |
| 1676. -Apache Corp | | | | | | | | | |
| 1677. -Apache Corp | | | | | Bot | 01/19 | | | |
| 1678. -Apple Computer Inc | | | | | Bot | 01/19 | | | |
| 1679. -Apple Computer Inc | | | | | Bot | 03/23 | | | |
| 1680. -Apple Computer Inc | | | | | Bot | 07/27 | | | |
| 1681. -Avon Products Inc | | | | | Bot | 04/06 | | | |
| 1682. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/06 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1683. -Bank of America Corp | | | | | Bot | 01/19 | | | |
| 1684. -Bank of America Corp | | | | | Bot | 05/05 | | | |
| 1685. -Bank of America Corp | | | | | Bot | 07/11 | | | |
| 1686. -Bed Bath & Beyond Inc | | | | | Bot | 01/19 | | | |
| 1687. -Bed Bath & Beyond Inc | | | | | Part Sold | 03/23 | | | |
| 1688. -Bed Bath & Beyond Inc | | | | | Sold | 05/02 | | | |
| 1689. -Boston Scientific Corp | | | | | Bot | 03/23 | | | |
| 1690. -Boston Scientific Corp | | | | | Sold | 07/12 | | | |
| 1691. -Capital One Financial Group | | | | | | | | | |
| 1692. -Capital One Financial Group | | | | | Bot | 01/19 | | | |
| 1693. -Caterpillar Inc | | | | | | | | | |
| 1694. -Caterpillar Inc | | | | | Bot | 01/19 | | | |
| 1695. -Caterpillar Inc | | | | | Part Sold | 03/23 | | | |
| 1696. -Chicos Fas Inc | | | | | | | | | |
| 1697. -Chicos Fas Inc | | | | | Bot | 01/19 | | | |
| 1698. -Chicos Fas Inc | | | | | Bot | 05/25 | | | |
| 1699. -Circuit City Stores Inc | | | | | Bot | 05/15 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1700. -Cisco Systems Inc | | | | | | | | | |
| 1701. -Cisco Systems Inc | | | | | Bot | 01/19 | | | |
| 1702. -Cisco System Inc | | | | | Bot | 03/23 | | | |
| 1703. -Cisco Systems Inc | | | | | Bot | 04/05 | | | |
| 1704. -Citigroup Inc | | | | | Part Sold | 01/13 | | | |
| 1705. -Coca Cola Co | | | | | | | | | |
| 1706. -Coca Cola Co | | | | | Bot | 01/19 | | | |
| 1707. -Companhia Vale Do Rio Doce | | | | | Bot | 05/12 | | | |
| 1708. -Concophillips | | | | | | | | | |
| 1709. -Concophillips | | | | | Bot | 01/19 | | | |
| 1710. -Concophillips | | | | | Part Sold | 03/23 | | | |
| 1711. -Corning Inc | | | | | | | | | |
| 1712. -Corning Inc | | | | | Bot | 01/19 | | | |
| 1713. -Corning Inc | | | | | Bot | 04/05 | | | |
| 1714. -Danaher Corp | | | | | | | | | |
| 1715. -Danaher Corp | | | | | Bot | 01/19 | | | |
| 1716. -Danaher Corp | | | | | Part Sold | 09/29 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1717. -Danaher Corp | | | | | Part Sold | 10/02 | | | |
| 1718. -Dell Inc | | | | | | | | | |
| 1719. -Dell Inc | | | | | Bot | 01/19 | | | |
| 1720. -Dell Inc | | | | | Sold | 07/27 | | | |
| 1721. -Ebay Inc | | | | | | | | | |
| 1722. -Ebay Inc | | | | | Bot | 01/19 | | | |
| 1723. -Ebay Inc | | | | | Sold | 07/11 | | | |
| 1724. -Electronic Arts Inc | | | | | Sold | 07/12 | | | |
| 1725. -EMC Corp | | | | | Sold | 01/19 | | | |
| 1726. -Exelon Corp | | | | | | | | | |
| 1727. -Exelon Corp | | | | | Bot | 01/19 | | | |
| 1728. -Exelon Corp | | | | | Part Sold | 03/23 | | | |
| 1729. -Exelon Corp | | | | | Part Sold | 04/25 | | | |
| 1730. -Exxon Mobil Corp | | | | | | | | | |
| 1731. -Exxon Mobil Corp | | | | | Bot | 01/19 | | | |
| 1732. -Federated Dept Stores Inc | | | | | Bot | 01/31 | | | |
| 1733. -Federated Dept Stores Inc | | | | | Bot | 03/23 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D=$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1734. -Fisher Scientific Intl Inc | | | | | Sold | 03/23 | | | |
| 1735. -Freeport-McM Copper Gold | | | | | | | | | |
| 1736. -General Electric Co | | | | | Part Sold | 01/13 | | | |
| 1737. -Genetech Inc | | | | | Bot | 07/12 | | | |
| 1738. -Genzyme Corp General | | | | | Sold | 05/15 | | | |
| 1739. -Goldman Sachs Group Inc | | | | | Part Sold | 05/05 | | | |
| 1740. -Goldman Sachs Group Inc | | | | | Part Sold | 09/29 | | | |
| 1741. -Google Inc | | | | | Bot | 07/10 | | | |
| 1742. -Google Inc | | | | | Bot | 09/18 | | | |
| 1743. -Hartford Financial Svs Group Inc | | | | | Bot | 01/19 | | | |
| 1744. -Hess Corp (Name chg fr Amerada Hess) | | | | | Received | 05/05 | | | |
| 1745. -Hess Corp | | | | | Part Sold | 09/18 | | | |
| 1746. -Hilton Hotels Corp | | | | | Bot | 04/25 | | | |
| 1747. -Honeywell Int'l Inc | | | | | | | | | |
| 1748. -Honeywell Int'l Inc | | | | | Bot | 01/19 | | | |
| 1749. -Idearc (Recd fr Verizon spinoff) | | | | | Received | 11/20 | | | |
| 1750. -Inco Ltd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1751. -Inco Ltd | | | | | Bot | 01/19 | | | |
| 1752. -Inco Ltd | | | | | Sold | 05/15 | | | |
| 1753. -Ingersoll-Rand Co Cl A | | | | | | | | | |
| 1754. -Ingersoll-Rand Co Cl A | | | | | Bot | 07/27 | | | |
| 1755. -Ingersoll-Rand Co Cl A | | | | | Sold | 09/29 | | | |
| 1756. -Intel Corp | | | | | | | | | |
| 1757. -Intel Corp | | | | | Bot | 01/19 | | | |
| 1758. -Intel Corp | | | | | Part Sold | 03/23 | | | |
| 1759. -Intel Corp | | | | | Sold | 04/05 | | | |
| 1760. -Legg Mason Inc | | | | | Bot | 10/02 | | | |
| 1761. -Lehman Bros Hldgs Inc | | | | | Part Sold | 05/05 | | | |
| 1762. -Lilly Eli & Co | | | | | | | | | |
| 1763. -Lilly Eli & Co | | | | | Bot | 01/19 | | | |
| 1764. -Lilly Eli & Co | | | | | Part Sold | 04/06 | | | |
| 1765. -Lowes Cos Inc | | | | | Sold | 05/26 | | | |
| 1766. -MBNA (merged into Bank of America) | | | | | Merged | 01/06 | | | |
| 1767. -Marvell Tech Group Ltd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1768. -Marvell Tech Group Ltd | | | | | Bot | 01/19 | | | |
| 1769. -Marvell Tech Group Ltd | | | | | Bot | 03/23 | | | |
| 1770. -Maxim Integrated Prods Inc | | | | | Sold | 07/12 | | | |
| 1771. -McGraw Hill Cos Inc | | | | | Sold | 01/18 | | | |
| 1772. -Medtronic Inc | | | | | | | | | |
| 1773. -Medtronic Inc | | | | | Bot | 01/19 | | | |
| 1774. -Medtronic Inc | | | | | Part Sold | 03/23 | | | |
| 1775. -Memc El Matls Inc | | | | | Bot | 09/20 | | | |
| 1776. -Microchip Technology Inc | | | | | Bot | 07/11 | | | |
| 1777. -Microsoft Corp | | | | | | | | | |
| 1778. -Microsoft Corp | | | | | Bot | 01/19 | | | |
| 1779. -Microsoft Corp | | | | | Part Sold | 04/05 | | | |
| 1780. -Microsoft Corp | | | | | Part Sold | 09/20 | | | |
| 1781. -JP Morgan Chase & Co | | | | | | | | | |
| 1782. -JP Morgan Chase & Co | | | | | Bot | 01/19 | | | |
| 1783. -Motorola Inc | | | | | | | | | |
| 1784. -Motorola Inc | | | | | Bot | 01/19 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1785. -Motorola Inc | | | | | Bot | 03/23 | | | |
| 1786. -News Corp Inc | | | | | | | | | |
| 1787. -News Corp Inc | | | | | Bot | 01/19 | | | |
| 1788. -Nike Inc | | | | | Bot | 01/18 | | | |
| 1789. -Noble Corp | | | | | | | | | |
| 1790. -Noble Corp | | | | | Bot | 06/19 | | | |
| 1791. -Noble Corp | | | | | Part Sold | 09/20 | | | |
| 1792. -Pepsico Inc | | | | | | | | | |
| 1793. -Pepsico Inc | | | | | Bot | 01/19 | | | |
| 1794. -Pfizer Inc | | | | | | | | | |
| 1795. -Pfizer Inc | | | | | Bot | 01/19 | | | |
| 1796. -PPL Corp | | | | | | | | | |
| 1797. -PPL Corp | | | | | Bot | 01/19 | | | |
| 1798. -PPL Corp | | | | | Sold | 04/25 | | | |
| 1799. -Praxir Inc | | | | | | | | | |
| 1800. -Procter & Gamble | | | | | Part Sold | 01/13 | | | |
| 1801. -Qualcomm Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1802. -Sanofi-Synthelabo Spon Adr | | | | | | | | | |
| 1803. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 01/18 | | | |
| 1804. -Sprint Nextel Corp | | | | | Sold | 01/18 | | | |
| 1805. -Starbucks Corp | | | | | | | | | |
| 1806. -Starbucks Corp | | | | | Bot | 01/19 | | | |
| 1807. -Starbucks Corp | | | | | Part Sold | 05/02 | | | |
| 1808. -State Street Corp | | | | | | | | | |
| 1809. -State Street Corp | | | | | Bot | 01/19 | | | |
| 1810. -3M Co | | | | | Bot | 09/29 | | | |
| 1811. -3M Co | | | | | Bot | 10/02 | | | |
| 1812. -Target Corp | | | | | Bot | 05/15 | | | |
| 1813. -Texas Instruments Inc | | | | | Bot | 09/20 | | | |
| 1814. -Textron Inc | | | | | Bot | 08/23 | | | |
| 1815. -The St Pauls Travelers Cos | | | | | | | | | |
| 1816. -Time Warner Inc | | | | | | | | | |
| 1817. -Time Warner Inc | | | | | Bot | 01/19 | | | |
| 1818. -Time Warner Inc | | | | | Sold | 04/25 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1819. -TXU Corp | | | | | Bot | 04/26 | | | |
| 1820. -Unitedhealth Group | | | | | | | | | |
| 1821. -Unitedhealth Group | | | | | Bot | 01/19 | | | |
| 1822. -United Technologies Corp | | | | | | | | | |
| 1823. -United Technologies Corp | | | | | Bot | 01/19 | | | |
| 1824. -US Bancorp Del | | | | | | | | | |
| 1825. -US Bancorp Del | | | | | Bot | 01/19 | | | |
| 1826. -Verizon Comm | | | | | Bot | 01/18 | | | |
| 1827. -Verizon (Spinoff of Idearc) | | | | | Spinoff | 11/20 | | | |
| 1828. -Walgreen Co | | | | | | | | | |
| 1829. -Walgreen Co | | | | | Bot | 01/19 | | | |
| 1830. -Wal-Mart Stores Inc | | | | | | | | | |
| 1831. -Wal-Mart Stores Inc | | | | | Bot | 01/19 | | | |
| 1832. -Wal-Mart Stores Inc | | | | | Bot | 03/23 | | | |
| 1833. -Wells Fargo & Co New | | | | | | | | | |
| 1834. -Wells Fargo & Co New | | | | | Bot | 01/19 | | | |
| 1835. -Wells Fargo & Co New | | | | | Part Sold | 03/23 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1836. -Windstream Corp (recd fr Alltel spinoff) | | | | | Received | 07/18 | | | |
| 1837. -Windstream Corp | | | | | Part Sold | 09/20 | | | |
| 1838. -Windstream Corp | | | | | Sold | 10/20 | | | |
| 1839. -Wyeth | | | | | | | | | |
| 1840. -Wyeth | | | | | Bot | 01/19 | | | |
| 1841. -Yahoo Inc | | | | | | | | | |
| 1842. -Yahoo Inc | | | | | Bot | 01/19 | | | |
| 1843. -Yahoo Inc | | | | | Sold | 07/10 | | | |
| 1844. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 01/11 | | | |
| 1845. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1846. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 1847. -Mellon Mid Cap Stk Fund | | | | | | | | | |
| 1848. -Mellon Mid Cap Stk Fund | | | | | Bot | 01/11 | | | |
| 1849. -Mellon Mid Cap Stk Fund | | | | | Bot | 03/29 | | | |
| 1850. -Mellon Mid Cap Stk Fund | | | | | Bot | 12/08 | | | |
| 1851. -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 01/11 | | | |
| 1852. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/07 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1853. Trust #14 (No Benef Interest) | | None | O | T | | | B | D | See Section VIII #1 |
| 1854. - Blackrock PA Muni MM Fd #40 | | | | | Mon Mkt Inv | | | | |
| 1855. -Ipswich MA G O Unltd FGIC 4.8-2007 | | | | | | | | | |
| 1856. -Mass Bay Trans Auth MA Gen Trans ..Sys Ser A 4.75-2007 | | | | | | | | | |
| 1857. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1858. -Aqua America Inc | | | | | Bot | 11/28 | | | |
| 1859. -Automatic Data Processing Inc | | | | | | | | | |
| 1860. -Bank of America Corp | | | | | Part Sold | 11/28 | | | |
| 1861. -Chevron Texaco Corp | | | | | | | | | |
| 1862. -Conagra Foods Inc | | | | | | | | | |
| 1863. -General Electric Co | | | | | | | | | |
| 1864. -Johnson & Johnson | | | | | | | | | |
| 1865. -Microsoft Corp | | | | | | | | | |
| 1866. -RPM Int'l Inc | | | | | Bot | 08/21 | | | |
| 1867. -SEI Investment Co | | | | | | | | | |
| 1868. -Sysco Corp | | | | | Sold | 08/21 | | | |
| 1869. Trust #15 (No Benef Interest) | | None | P1 | T | | | C | | See Section VIII #1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1870. -Blackrock PA Muni MM | | | | | Mon Mkt Inv | | | | |
| 1871. -AT&T | | | | | Bot | 05/01 | | | |
| 1872. -American Intl Group | | | | | | | | | |
| 1873. -Amgen Inc | | | | | | | | | |
| 1874. -Bank of America (recd fr MBNA merger) | | | | | Received | 01/23 | | | |
| 1875. -Burlington Northern Santa Fe | | | | | | | | | |
| 1876. -Computer Sciences Corp | | | | | Sold | 05/10 | | | |
| 1877. -Conagra Foods Inc | | | | | | | | | See Section VIII #3 |
| 1878. -Conagra Foods Inc | | | | | | | | | |
| 1879. -Emerson Electric Co | | | | | | | | | |
| 1880. -Hewlett-Packard Co | | | | | | | | | |
| 1881. -MBNA Corp (Merged into Bank of America) | | | | | Merged | 01/23 | | | |
| 1882. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1883. -Medtronic Inc | | | | | | | | | |
| 1884. -Merck & Co | | | | | | | | | |
| 1885. -Pepsico Inc | | | | | | | | | |
| 1886. -Procter & Gamble | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1887. -Smucker J M Co | | | | | | | | | |
| 1888. -Wells Fargo & Co | | | | | | | | | |
| 1889. -Westfield MA G O Unltd MBIA 4.95-2008 | | | | | | | | | |
| 1890. -Trust #17 (No Benef Interest) | None | | O | T | | | K | E | See Section VIII #1 |
| 1891. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1892. -Dreyfus Premium Calif Tax Ex Bd Fd | | | | | | | | | |
| 1893. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1894. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/06 | | | |
| 1895. -Mellon Income Stock Fd Cl M | | | | | | | | | |
| 1896. -Mellon Income Stock Fd Cl M | | | | | Part Sold | 06/06 | | | |
| 1897. -Mellon Income Stock Fd Cl M | | | | | Bot | 12/21 | | | |
| 1898. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1899. -Mellon Lg Cap Stock Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1900. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1901. -Mellon Mid Cap Stock Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1902. -Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1903. -Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Bot | 06/06 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1904. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1905. Trust #18 (No Benef Interest) | | None | O | T | | | M | E | See Section VIII #1 |
| 1906. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1907. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1908. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/07 | | | |
| 1909. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 06/07 | | | |
| 1910. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/21 | | | |
| 1911. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1912. -Mellon Mid Cap Stk Fd Cl M | | | | | | | | | |
| 1913. -Mellon Mid Cap Stk Fd Cl M | | | | | Bot | 12/08 | | | |
| 1914. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | | | | | |
| 1915. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 06/07 | | | |
| 1916. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1917. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/07 | | | |
| 1918. Trust #19 (No Benef Interest) | | None | O | T | | | L | D | See Section VIII #1 |
| 1919. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1920. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/07 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1921. -:Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/26 | | | |
| 1922. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1923. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 1924. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1925. -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 06/07 | | | |
| 1926. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1927. -Mellon Mid Cap Stock Fund Cl M | | | | | Bot | 12/08 | | | |
| 1928. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | | | | | |
| 1929. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 1930. -Trust #20 (No Benef Interest) | | None | O | T | | | K | D | See Section VIII #1 |
| 1931. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1932. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 06/06 | | | |
| 1933. -Mellon Income Stk Fd Cl M | | | | | | | | | |
| 1934. -Mellon Income Stk Fd Cl M | | | | | Bot | 06/06 | | | |
| 1935. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/21 | | | |
| 1936. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1937. -Mellon Int'l Fund Cl M | | | | | Bot | 06/06 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1938. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1939. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1940. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 1941. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 06/06 | | | |
| 1942. -Trust #21 (No Benef Interest) | None | N | T | | . | | K | E | See Section VIII #1 |
| 1943. -Mellon Nat'l Muni MM Fund | | | | | MonMkt Inv | | | | |
| 1944. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1945. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 06/06 | | | |
| 1946. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/21 | | | |
| 1947. -Mellon Int'l Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1948. -Mellon Int'l Fund Cl M | | | | | Bot | 12/15 | | | |
| 1949. -Mellon Lg Cap Stock Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1950. -Mellon Mid Cap Stock Fund Cl M | | | | | Part Sold | 06/06 | | | |
| 1951. -Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1952. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 06/06 | | | |
| 1953. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/07 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) Inadvertently, in the 2005 report, Trust #14, line 1738, the name of the asset was omitted. It should have been Blackrock PA Muni MM Fd #40, a money market investment. In the 2006 report, it is on line 1854.

(3) Inadvertently, the stock listed as Conagra in the 2005 report, Custody Acct #2, line 1354 and Trust #15, line 1758 should have been Conagra Foods Inc. In the 2006 report, the corrected name can be found on lines 1464 and 1877.

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  _9 May 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544